**Fill in this information to identify the case**

Debtor name __**Metropolitan Water Company, L.P.**__

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  __**21-10903**_____
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value |
|---|---|---|---|---|---|---|---|
| 3.1. | **General operating account balance as of 11/22/21, Acct . No. XX3685 at Citizens Bank in Brenham, Texas.** | **Checking account** | 3 | 6 | 8 | 5 | $9.31 |
| 3.2. | **"Delay Rental" account balance at Citizens Bank in Brenham, Texas, Acct . No. XX2474, as of 11/22/21.** | **Checking account** | 2 | 4 | 7 | 4 | $90,571.97 |
| 3.3. | **"Revenue Distribution" account balance as if 11/22/21 at Citizens Bank in Brenham, Texas, Acct . No. XX9404, from which royalties are paid.** | **Checking account** | 9 | 4 | 0 | 4 | $107,261.67 |
| 3.4. | **"Leasing" account balance as of 11/22/21, Acct . No. XX0379 at Citizens Bank in Brenham, Texas.** | **Checking account** | 0 | 3 | 7 | 9 | $337.25 |

Debtor  **Metropolitan Water Company, L.P.** _____  Case number (if known)  **21-10903**
         Name

**4.**  **Other cash equivalents**  *(Identify all)*

    Name of institution (bank or brokerage firm)

**5.**  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.    | **$198,180.20** |

## Part 2:  Deposits and prepayments

**6.**  **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ☑ Yes.  Fill in the information below.

                         Current value of
                         debtor's interest

**7.**  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

7.1.  **Security deposit with D&B Endeavors, LLC, on commercial office lease of 105 East Main Street, Suite 103, Brenham, TX. See Schedule G for detail.**    **$2,100.00**

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

8.1.  **Pre-paid wage claims. Salaries of office employees are paid monthly at the beginning of the month, for the month to come. As of the Petition Date, therefore, 8 days of such salaries had been paid but not yet earned. The amount listed is approx. equal to 8/30ths of the net payroll for November.**    **$3,478.90**

**9.**  **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.    | **$5,578.90** |

## Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

    ☑ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

                         Current value of
                         debtor's interest

**11.**  **Accounts receivable**

11a.  90 days old or less:  _____ – _____ = ............ ➔  _____
                   face amount           doubtful or uncollectible accounts

11b.  Over 90 days old:  _____ – _____ = ............ ➔  _____
                   face amount           doubtful or uncollectible accounts

**12.**  **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | **$0.00** |

## Part 4:  Investments

**13.**  **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

Debtor    **Metropolitan Water Company, L.P.**               Case number (if known)   **21-10903**
          Name

|  | | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated**
      **businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                            % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and**
      **non-negotiable instruments not included in Part 1**

     Describe:

**17.  Total of Part 4**                                                    **$0.00**
     Add lines 14 through 16.  Copy the total to line 83.

## Part 5:   Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

     ☑ No.  Go to Part 6.
     ☐ Yes.  Fill in the information below.

| General description | Date of the<br>last physical<br>inventory | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | MM/DD/YYYY | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**                                                    **$0.00**
     Add lines 19 through 22.  Copy the total to line 84.

**24.  Is any of the property listed in Part 5 perishable?**

     ☐ No
     ☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ☐ No
     ☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ☐ No
     ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

     ☑ No.  Go to Part 7.
     ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|
| | Name | | |

**29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment**  (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Furniture and office equipment located at 105 East Main Street, Suite 103, Brenham, Texas 77833. See Exhibit C. | | Estimated mkt. value | $29,491.00 |
| Back up hard drive, located in safety deposit box (see SOFA for detail on box). | Unknown | | $0.00 |

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$29,491.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

Debtor  **Metropolitan Water Company, L.P.**
_____
Name

Case number (if known)  **21-10903**
_____

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.

☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$0.00**

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **Milam and Burleson Counties, Texas**<br>**Lessee's interests in groundwater leases**<br>**Lessee's interests in numerous groundwater leases in Milam and Burleson Counties, Texas. See Exhibit A attached for detail of lessors' names, current owners' names and addresses, property descriptions (tract nos.) and recording information.** | **Lessee's interests** | **Unknown** | | **Unknown** |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|
| | Name | | |

**55.2.** **Milam and Burleson Counties, Texas**
**Reversionary lessee's interests in**
**groundwater leases**
**Reversionary (future) interests as**
**lessee under numerous**
**groundwater leases in Milam and**
**Burleson Counties, Texas (including**
**two leases that extend into Lee**
**County), the present lessee's**
**interests having been transferred in**
**October of 2014 and being currently**
**held by the Burleson/Milam Master**
**Lease Trust. See Exhibit B attached**
**for detail of lessors' names, current**
**owners' names and addresses as of**
**transfer, property descriptions (tract**
**nos.) and recording information.**             Reversionary inter          **Unknown**                          **Unknown**

**55.3.** **105 East Main Street, Suite 103**
**Brenham, TX 77833**
**Lessee's interest under office lease**
**Lessee's interest under unexpired**
**office lease with D&B Endeavors,**
**LLC.  See Schedule G for detail.**             Lessee's interest ι          **Unknown**                          **$0.00**

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **http://www.metwater.com** | **Unknown** | | **$0.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |
| **Goodwill.** | **Unknown** | | **$0.00** |

**66.** **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.          **$0.00**

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes.  Fill in the information below.

   |  | Current value of debtor's interest |
   | --- | --- |

71. **Notes receivable**

   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

   **Insured's interest under policy covering business personal property, etc., issued by Allied Property and Casualty Insurance Company.**          **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Alleged claims in derivative suit brought as Cause No. 201851519, Fox River Real Estate Holdings, Inc., Austin JSB, Ltd., M. Buckner Baccus, Daniel T. Cooper, Ross M. Cummings, Warren Demaio, Bruce F. Dickson, Keith K. Dickson, Eugene A. Frost, Jr., Mark A. Frost, and August J. Pellizzi (and R. Hal Moorman, Milton Y. Tate and Lynette Dahmann as Intervenors) v. W. Scott Carlson, Metropolitan Water Company, of Texas, L.L.C., and Metropolitan Water Vista Ridge, L.P., pending in the 215th District Court of Harris County, Texas**          **Unknown**

   | Nature of claim | **Various** |
   | --- | --- |
   | Amount requested | |

   **Pending litigation claims of the Debtor in the various lawsuits detailed in the answers to Question No. 7 in the Statement of Financial Affairs.**          **Unknown**

   | Nature of claim | **Various** |
   | --- | --- |
   | Amount requested | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
   Add lines 71 through 77.  Copy the total to line 90.          **$0.00**

Debtor  **Metropolitan Water Company, L.P.**                                   Case number (if known)  **21-10903**
_____Name_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $198,180.20 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $5,578.90 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $29,491.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88. Real property.** *Copy line 56, Part 9*............................................➔ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | $233,250.10 + | 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.........................................................................  $233,250.10

**Fill in this information to identify the case:**

Debtor name __**Metropolitan Water Company, L.P.**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number (if known) __**21-10903**__

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

| Creditor's name | | Column A | Column B |
|---|---|---|---|
| **Washington County Tax Assessor** | | | |

**Creditor's name**
**Washington County Tax Assessor**

**Creditor's mailing address**
**Cheryl Gaskamp**

**Washington County Courthouse**

**100 East Main, Suite 100**

**Brenham          TX    77833**

**Creditor's email address, if known**

Date debt was incurred   __**January 1, 2021**__

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**Business personal property**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **Unknown**          Value of collateral: **$0.00**

Claim for 2021 business personal property taxes, assessed as of January 1, 2021.  Business personal property taxes for 2020 and prior years have been paid.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$0.00**

| **Fill in this information to identify the case:** |
|---|

| Debtor | **Metropolitan Water Company, L.P.** |
|---|---|

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

| Case number (if known) | **21-10903** |
|---|---|

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No.  Go to Part 2.
    ☑ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**2.1**   Priority creditor's name and mailing address

**B. Weldon Ponder, Jr.**

**4408 Spicewood Springs Road**

**Austin**      **TX**    **78759**

Date or dates debt was incurred
**12/06/2021**

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( _____ )  **Attorney Fees**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | |
|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$116,040.68**

*Check all that apply.*

**Alexander Dubose & Jefferson LLP**

**1844 Harvard Street**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Houston**　　　**TX**　　**77008**　　**Attorney Fees**

Date or dates debt was incurred　　**09/2020 - 09/2021**　　Is the claim subject to offset?

Last 4 digits of account number　　__ __ __ __
- ☒ No
- ☐ Yes

---

| | |
|---|---|
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$23,000.00**

*Check all that apply.*

**Ausley, Nathan**

**5760 County Road 324**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Caldwell**　　　**TX**　　**77836**　　**Judgment for Claimant's attorney's fees**

Date or dates debt was incurred　　　　Is the claim subject to offset?

Last 4 digits of account number　　__ __ __ __
- ☒ No
- ☐ Yes

**Final Judgment in Cause No. 28,792 in the 21st Judicial District Court of Burleson County, Texas, entered November 13, 2017, later affirmed on appeal.**

---

| | |
|---|---|
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Unknown**

*Check all that apply.*

**Austin JSB, Ltd.**

**c/o Ron Habitzreiter**

**1208 West Avenue**

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:

**Austin**　　　**TX**　　**78701**　　**Litigation claims**

Date or dates debt was incurred　　　　Is the claim subject to offset?

Last 4 digits of account number　　__ __ __ __
- ☒ No
- ☐ Yes

---

| | |
|---|---|
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Unknown**

*Check all that apply.*

**Blue Water Systems, LP**

**c/o Paul M. Terrill / Ryan D. V. Greene**

**Terrill & Waldrop**

**810 West 10th Street**

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:

**Austin**　　　**TX**　　**78701**　　**Litigation claims**

Date or dates debt was incurred　　　　Is the claim subject to offset?

Last 4 digits of account number　　__ __ __ __
- ☒ No
- ☐ Yes

Debtor    __Metropolitan Water Company, L.P.__      Case number (if known)   __21-10903__

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**Blue Water Vista Ridge, LLC**

**c/o Paul M. Terrill / Ryan D. V. Greene**

**Terrill & Waldrop**

**810 West 10th Street**

**Austin**      **TX**    **78701**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Litigation claims**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**Carrizo-Wilcox Water Works, LP**

**PO Drawer 1146**

**Brenham**      **TX**    **77834-1146**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan payable by Debtor**

Is the claim subject to offset?
☑ No
☐ Yes

**$127,757.00**

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**Dahmann, Lynette**

**c/o Laura Upchurch**

**Upchurch & Yates, LLP**

**315 S Park Street**

**Brenham**      **TX**    **77833**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Litigation claims**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**H&V Holdings, Ltd.**

**c/o Paul D Clote / Steven J Watkins**

**McGinnis Lochridge, LLP**

**609 Main St Ste 2800**

**Houston**      **TX**    **77002**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Litigation claims**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

| Debtor | **Metropolitan Water Company, L.P.** | | Case number (if known) | **21-10903** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|---|

**Hildebrand, Jon**

**c/o Paul D Clote / Steven J Watkins**

**McGinnis Lochridge, LLP**

**609 Main St Ste 2800**

**Houston**                          **TX       77002**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Litigation claims**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$843,734.79** |
|---|---|---|---|---|

**Howry Breen & Herman L.L.P.**

**1900 Pearl Street**

**Austin**                          **TX       78705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Attorney Fees**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|---|

**Hubbell, Steven J.**

**c/o Donald Jackson/Marcus Eason/Wm Grubb**

**McGinnis Lochridge, LLP**

**609 Main St Ste 2800**

**Houston**                          **TX       77002**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Litigation claims**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia**                          **PA       19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Metropolitan Water Company, L.P.**                    Case number (if known)  **21-10903**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13**  Nonpriority creditor's name and mailing address

**Luke, III, Wallace J.**

**c/o Donald Jackson/Marcus Eason/Wm Grubb**

**McGinnis Lochridge, LLP**

**609 Main St Ste 2800**

**Houston**                    **TX**     **77002**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:
**Litigation claims**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown**

---

**3.14**  Nonpriority creditor's name and mailing address

**Metropolitan Water Co. of Texas, L.L.C,**

**PO Drawer 1146**


**Brenham**                    **TX**     **77834-1146**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Owed to Debtor's general partner**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$579,513.52**

---

**3.15**  Nonpriority creditor's name and mailing address

**Moorman, R. Hal**

**c/o Laura Upchurch**

**Upchurch & Yates, LLP**

**315 S Park Street**

**Brenham**                    **TX**     **77833**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:
**Litigation claims**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown**

---

**3.16**  Nonpriority creditor's name and mailing address

**Paul Keller/Keller Shoreline Investments**

**c/o Matt Baumgartner/D King/M Hawkins**

**Arbrust & Brown, PLLC**

**100 Congress Ave Ste 1300**

**Austin**                    **TX**     **78701**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

## Part 2:  Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Tate, Milton Y.**

**c/o Laura Upchurch**

**Upchurch & Yates, LLP**

**315 S Park Street**

**Brenham**                    **TX**        **77833**

*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Litigation claims**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Texas Comptroller of Public Accounts**

**Revenue Accounting Div - Bankr Section**

**PO Box 13528 Capitol Station**

**Austin**                    **TX**        **78711-3528**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Texas Workforce Commission**

**TWC Building - Regulatory Integrity Div.**

**101 East 15th Street**

**Austin**                    **TX**        **78778**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Vista Ridge, LLC**

**c/o Mike Stenglein**

**King & Spalding LLP**

**500 West 2nd St Ste 1800**

**Austin**                    **TX**        **78701**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address

**Vowell, Harry**

**c/o Paul D Clote / Steven J Watkins**

**McGinnis Lochridge, LLP**

**609 Main St Ste 2800**

**Houston**          **TX**     **77002**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Litigation claims**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.22** Nonpriority creditor's name and mailing address

**Weber, David J.**

**c/o Donald Jackson/Marcus Eason/Wm Grubb**

**McGinnis Lochridge, LLP**

**609 Main St Ste 2800**

**Houston**          **TX**     **77002**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Litigation claims**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.23** Nonpriority creditor's name and mailing address

**Wilmington Trust, N.A., as Trustee**

**c/o Tricia W. Macaluso**

**Bryan Cave Leighton Paisner, LLP**

**2200 Ross Ave Ste 3300**

**Dallas**          **TX**     **75201**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.24** Nonpriority creditor's name and mailing address

**Wilmington Trust, N.A., as Trustee**

**c/o Christine Cesare**

**Bryan Cave Leighton Paisner, LLP**

**1290 Avenue of the Americas**

**New York**          **NY**     **10104-3300**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

## Part 3:  List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Blue Water Systems, LP**<br>**c/o Stacey V. Reese**<br>**Stacey Reese Law, PLLC**<br>**910 West Ave Ste 15**<br>**Austin                TX        78701** | Line **3.4**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.2 **Blue Water Systems, LP**<br>**c/o J. David Rowe**<br>**Dubois, Bryant & Campbell, LLP**<br>**303 Colorado St Ste 2300**<br>**Austin                TX        78701** | Line **3.4**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.3 **Blue Water Vista Ridge, LLC**<br>**c/o Paul M. Terrill / Ryan D. V. Greene**<br>**Terrill & Waldrop**<br>**810 West 10th Street**<br>**Austin                TX        78701** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.4 **Blue Water Vista Ridge, LLC**<br>**c/o J. David Rowe**<br>**Dubois, Bryant & Campbell, LLP**<br>**303 Colorado St Ste 2300**<br>**Austin                TX        78701** | Line **3.5**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.5 **Blue Water Vista Ridge, LLC**<br>**c/o Stacey V. Reese**<br>**Stacey Reese Law, PLLC**<br>**910 West Ave Ste 15**<br>**Austin                TX        78701** | Line **3.5**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.6 **Gerke, M. Chad**<br>**The Gerke Law Firm, PLLC**<br>**101 E Commerce St**<br><br>**Brenham            TX        77833** | Line **3.8**<br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Metropolitan Water Company, L.P.**                    Case number (if known)   **21-10903**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a.  **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**  **$1,690,045.99** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  **$1,690,045.99** |

**Fill in this information to identify the case:**

Debtor name: **Metropolitan Water Company, L.P.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **21-10903**          Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **4-K Farm Trust** |
| | State the term remaining | | **757 County Road 342** |
| | List the contract number of any government contract | | **Milano            TX        76556** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Twenty (20) groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Accurate, Inc.** |
| | State the term remaining | | **P.O. Box 1296** |
| | List the contract number of any government contract | | **Taylor            TX        76574** |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Albarran, Fausto** |
| | State the term remaining | | **278 Hardwidke Road** |
| | List the contract number of any government contract | | **Houston            TX        77060** |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Albarran, Francisco** |
| | State the term remaining | | **278 Hardwidke Road** |
| | List the contract number of any government contract | | **Houston            TX        77060** |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.5**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Alcocer, Juan and Maria, Individually and as Representatives for Maria Teresa**
**689 Pecan Drive, Unit No. 603**

**Caldwell**     **TX**     **77836**

**2.6**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Alexander, Jerrimie Joe, successor in interest to Brian Wallace**
**P.O. Box 792**

**Caldwell**     **TX**     **77836**

**2.7**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Four (4) groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Alexander, Shelton, Jr., and Patricia**
**P.O. Box 286**

**Caldwell**     **TX**     **77836**

**2.8**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Alvarez, Esmeralda**
**11321 Leisure Lane**

**Brenham**     **TX**     **77833**

**2.9**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Alvarez, Francisco**
**7313 Werner Street**

**Houston**     **TX**     **77009**

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.10**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Anderson, Harry L.**
**11515 Richland Road**

State the term remaining

List the contract number of any government contract

**Coupland          TX      78615**

**2.11**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Andreozzi, Michael Gino**
**200 East 24th Street, Suite A**

State the term remaining

List the contract number of any government contract

**Bryan          TX      77803**

**2.12**

State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Arnold, Kenny**
**319 Dogwood Circle, Unit 651**

State the term remaining

List the contract number of any government contract

**Caldwell          TX      77836**

**2.13**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Bahena-Abalos, Dulce Angelica**
**901 North Banks Street**

State the term remaining

List the contract number of any government contract

**Caldwell          TX      77836**

**2.14**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Baker, Hilda**
**590 Cross Road**

State the term remaining

List the contract number of any government contract

**Caldwell          TX      77836**

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.15** State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Baldwin, James N. and Bonnie L.
808 County Road 324

State the term remaining

List the contract number of any government contract

Caldwell                                              TX           77836

**2.16** State what the contract or lease is for and the nature of the debtor's interest

Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Balleza, Jose and Rosa
407 North Porter

State the term remaining

List the contract number of any government contract

Caldwell                                              TX           77836

**2.17** State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Bane, Wilma
P.O. Box 87

State the term remaining

List the contract number of any government contract

Buckholts                                             TX           76518

**2.18** State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Bartnesky, Ken and Paula
P.O. Box 624

State the term remaining

List the contract number of any government contract

Caldwell                                              TX           77836

**2.19** State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Beavers, John Edward
6006 Libbey Lane

State the term remaining

List the contract number of any government contract

Houston                                               TX           77092

| Debtor | **Metropolitan Water Company, L.P.** | | Case number (if known) | **21-10903** |
|---|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Bell, Frankie Lee |
|---|---|---|---|
| | | | P.O. Box 6077 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Bryan                TX          77805 |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Three (3) groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Beran, Dwayne Franklin |
|---|---|---|---|
| | | | 3143 County Road 116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell             TX          77836 |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Three (3) groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Beseda, Doris M. |
|---|---|---|---|
| | | | 3913 Rockledge Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Austin               TX          78731 |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Post-Closing Agreement dated as of May 11, 2016 | Blue Water 130 Project, LP |
|---|---|---|---|
| | | | c/o Blue Water Vista Ridge, LLC |
| | | | Attn: Ross M. Cummings |
| | | | 9606 North Mopac, Suite 125 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Austin               TX          78759 |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disturbance Agreement dated June 22, 2018 | Blue Water 130 Project, LP |
|---|---|---|---|
| | | | c/o Ross Cummings |
| | | | 805 Las Cimas, Suite 320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Austin               TX          78746 |

Debtor     **Metropolitan Water Company, L.P.**         Case number (if known)    **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | **Post-Closing Agreement dated May 11, 2016** | **Blue Water Regional Supply Project, LP** |
| | | | **c/o Blue Water Vista Ridge, LLC** |
| | | | **Attn: Ross M. Cummings** |
| | State the term remaining | | **9606 North Mopac, Suite 125** |
| | List the contract number of any government contract | | **Austin**         **TX**      **78759** |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | **Cooperation and Non-Disturbance Agreement dated June 22, 2018** | **Blue Water Regional Supply Project, LP** |
| | | | **805 Las Cimas, Suite 320** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin**         **TX**      **78746** |
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | **Non-disturbance Agreement, executed June 22, 2018** | **Blue Water Systems, LP** |
| | | | **c/o Ross Cummings** |
| | | | **805 Las Cimas, Suite 320** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin**         **TX**      **78746** |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | **Post-Closing Agreement dated May 11, 2016** | **Blue Water Systems, LP** |
| | | | **c/o Blue Water Vista Ridge, LLC** |
| | | | **Attn: Ross M. Cummings** |
| | State the term remaining | | **9606 North Mopac, Suite 125** |
| | List the contract number of any government contract | | **Austin**         **TX**      **78759** |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater Resources Marketing Agreement dated Sept. 11, 2006** | **Blue Water Systems, LP** |
| | | | **c/o Ross Cummings** |
| | | | **9606 North Mopac, Suite 125** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin**         **TX**      **78759** |

Debtor   **Metropolitan Water Company, L.P.**                                    Case number (if known)   **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | **Partial Assignment of Groundwater Leases dated February 14, 2008** | **Blue Water Systems, LP** |
| | | | **c/o Ross Cummings** |
| | | | **9606 North Mopac, Suite 125** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin**          **TX**     **78759** |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | **Cooperation and Non-Disturbance Agreement dated June 22, 2018** | **Blue Water Systems, LP** |
| | | | **c/o Ross Cummings** |
| | | | **805 Las Cimas, Suite 320** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin**          **TX**     **78746** |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | **Post-Closing Agreement, executed May 11, 2016.** | **Blue Water Vista Ridge, LLC** |
| | | | **Attn: Ross M. Cummings** |
| | | | **9606 North Mopac, Suite 125** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin**          **TX**     **78759** |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | **Assignment of Met Water Lease Rights dated October 14, 2014** | **Blue Water Vista Ridge, LLC** |
| | | | **c/o Paul M. Terrill & Ryan D. V. Greene** |
| | | | **Terrill & Waldrop** |
| | | | **810 West 10th Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin**          **TX**     **78701** |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | **Cooperation and Non-Disturbance Agreement dated June 22, 2018** | **Blue Water Vista Ridge, LP** |
| | | | **805 Las Cimas, Suite 320** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin**          **TX**     **78746** |

Debtor    **Metropolitan Water Company, L.P.**       Case number (if known)   **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.35**

State what the contract or lease is for and the nature of the debtor's interest

Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Bourgeois, William
2707 Silver Bough Circle

State the term remaining

List the contract number of any government contract

Houston      TX      77059

**2.36**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Boyd, Edna L.
3352 County Road 310

State the term remaining

List the contract number of any government contract

Caldwell      TX      77836

**2.37**

State what the contract or lease is for and the nature of the debtor's interest

Two (2) groundwater leases in MIlam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Brinkley, Gregory Wayne
1221 Western Hills

State the term remaining

List the contract number of any government contract

Rockdale      TX      76567

**2.38**

State what the contract or lease is for and the nature of the debtor's interest

Two [2] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Brune, David Leo
P.O. Box 864

State the term remaining

List the contract number of any government contract

Thorndale      TX      76577

**2.39**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Brymer, William
P.O. Box 367

State the term remaining

List the contract number of any government contract

Caldwell      TX      77836

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.40** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Brymer, William Joseph
P.O. Box 9060

State the term remaining

List the contract number of any government contract

College Station          TX          77842

**2.41** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Buffington, Jessie L. and Rosalie W.
3095 Club Drive, Apt. 117

State the term remaining

List the contract number of any government contract

Bryan          TX          77807

**2.42** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Butler, Linda
572 Oak Park Five

State the term remaining

List the contract number of any government contract

Rockdale          TX          76567

**2.43** State what the contract or lease is for and the nature of the debtor's interest

**Twenty-five (25) groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Butler, Michael B.
2440 County Road 112

State the term remaining

List the contract number of any government contract

Caldwell          TX          77836

**2.44** State what the contract or lease is for and the nature of the debtor's interest

**Three [3] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Caffey, Betty E.
4112 Shallow Creek Loop

State the term remaining

List the contract number of any government contract

College Station          TX          77845

| Debtor | **Metropolitan Water Company, L.P.** | | Case number (if known) | **21-10903** |
| --- | --- | --- | --- | --- |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Campbell, Jamie |
| | | | 1806 S. 37th |
| | State the term remaining | | |
| | List the contract number of any government contract | | Temple  TX  76501 |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Cantwell, Floyd |
| | | | 320 Church Street |
| | State the term remaining | | |
| | List the contract number of any government contract | | Briggs  TX  78608 |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Thirteen (13) groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Carmichael, Tristan M. |
| | | | P.O. Box 55 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Gause  TX  77857 |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Three (3) groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Carpenter, Arthur G., Sr. |
| | | | 8650 E US Hwy 79 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Milano  TX  76556 |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Carr, Brady, |
| | | | successor in interest to Andrew Carr |
| | | | 309 North Banks |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell  TX  77836 |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.50**

State what the contract or lease is for and the nature of the debtor's interest

**Five [5] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Carrizo-Wilcox Water Works, L.P.**

**P.O. Box 1146**

State the term remaining

List the contract number of any government contract

**Brenham                           TX          77834-1146**

**2.51**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Carter, Brady**

**259 Cherry Drive, No. 831**

State the term remaining

List the contract number of any government contract

**Caldwell                          TX          77836**

**2.52**

State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Carter, Charles, a/k/a Charles Ray Carte**

**616 Maple Drive, No. 800**

State the term remaining

List the contract number of any government contract

**Caldwell                          TX          77836**

**2.53**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Carter, Christina M.**

**3134 Randy Lane 18R**

State the term remaining

List the contract number of any government contract

**Katy                              TX          77449**

**2.54**

State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Castrejon, Antonio**

**278 Hardwicke Road**

State the term remaining

List the contract number of any government contract

**Houston                           TX          77060**

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.55**

State what the contract or lease is for and the nature of the debtor's interest
**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**Castrejon, Antonio, Agent and**
**Personal Representative for Marbella Cas**
**278 Hardwicke Road**

**Houston**     **TX**     **77060**

**2.56**

State what the contract or lease is for and the nature of the debtor's interest
**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**Chandler, Betty**
**3817 Rosemary Lane**

**Temple**     **TX**     **76502**

**2.57**

State what the contract or lease is for and the nature of the debtor's interest
**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**Chandler, Betty,**
**successor in interest to Robert Jezek**
**1690 County Road 114**

**Rogers**     **TX**     **76569**

**2.58**

State what the contract or lease is for and the nature of the debtor's interest
**Three (3) groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**Chapman, Howard E., Sr., and Sharon K.**
**8231 County Road 319**

**Caldwell**     **TX**     **77836**

**2.59**

State what the contract or lease is for and the nature of the debtor's interest
**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**Chapman, John L.**
**15320 Mound Road**

**Hockley**     **TX**     **77447**

Debtor    **Metropolitan Water Company, L.P.**                                    Case number (if known)   **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Eleven [11] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Chapter Thirty, LLC |
|------|-----|-----|-----|
| | State the term remaining | | P.O. Box 429 |
| | List the contract number of any government contract | | Somerville          TX      77879 |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Chico, Antonio |
|------|-----|-----|-----|
| | State the term remaining | | 5892 Sherrie Lane |
| | List the contract number of any government contract | | Powder Springs        GA      30127 |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Chmelar, Emanuel James and Sherri L. |
|------|-----|-----|-----|
| | State the term remaining | | 2675 FM 975 |
| | List the contract number of any government contract | | Caldwell          TX      77836 |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Chollett, Gary, Successor in interest to Raymond Chollet P.O. Box 491 |
|------|-----|-----|-----|
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell          TX      77836 |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Christie, Evan, being one and the same person as Ellis Evan Christ 1713 Keel Lane |
|------|-----|-----|-----|
| | State the term remaining | | |
| | List the contract number of any government contract | | Denton          TX      76210 |

Debtor   **Metropolitan Water Company, L.P.**                                      Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Churchman, Kenneth |
|---|---|---|---|
| | | | 325 Sunset |
| | State the term remaining | | |
| | List the contract number of any government contract | | Hewitt                TX      76643 |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Chvatal, Kenneth |
| | | | 10103 Stonemont |
| | State the term remaining | | |
| | List the contract number of any government contract | | La Porte               TX      77571 |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Clare, Waymon W. and Elda M. |
| | | | 9194 Oxford Cemetery Road |
| | State the term remaining | | |
| | List the contract number of any government contract | | Madisonville           TX      77864 |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Clark, Ida L. |
| | | | 7281 County Road 358 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell               TX      77836 |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Clark, Jeffrey M. and Halliwell, Robert |
| | | | P.O. Box 429 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Somerville             TX      77879 |

Debtor **Metropolitan Water Company, L.P.**                    Case number (if known) **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Coker, Leonard** |
| | State the term remaining | | **1149 County Road 106** |
| | List the contract number of any government contract | | **Caldwell** **TX** **77836** |
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Coker, Leonard and Arlene S.** |
| | State the term remaining | | **1149 County Road 106** |
| | List the contract number of any government contract | | **Caldwell** **TX** **77836** |
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Collins, Rodney** |
| | State the term remaining | | **11203 Indian Trails Drive** |
| | List the contract number of any government contract | | **Tomball** **TX** **77375** |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Compton, Keila B.** |
| | State the term remaining | | **6112 Fannin Drive** |
| | List the contract number of any government contract | | **Arlington** **TX** **76001** |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Connally, Lowell, Jr.** |
| | State the term remaining | | **2624 Cotton King** |
| | List the contract number of any government contract | | **Schertz** **TX** **78154** |

| Debtor | **Metropolitan Water Company, L.P.** | | Case number (if known) | **21-10903** |
|---|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.75**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Connally, Velma
736 Falling Leaves Drive

State the term remaining

List the contract number of any government contract

Adkins                    TX        78101

**2.76**

State what the contract or lease is for and the nature of the debtor's interest

Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Cook, James
908 North 7th Street

State the term remaining

List the contract number of any government contract

Temple                    TX        76501

**2.77**

State what the contract or lease is for and the nature of the debtor's interest

Two (2) groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Cook, L. Faye Boedeker
3411 County Road 308

State the term remaining

List the contract number of any government contract

Caldwell                  TX        77836

**2.78**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Cortez, Jose, being one
and the same person as Joe Cortes
1112 Alice Street

State the term remaining

List the contract number of any government contract

Bryan                     TX        77803

**2.79**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.

Contract to be ASSUMED

Cortinas, Elena
8453 County Road 319

State the term remaining

List the contract number of any government contract

Caldwell                  TX        77836

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Cotrone, Charles |
| | | | 9505 Cotrone Road |
| | | Contract to be ASSUMED | Bryan                      TX        77807 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Two (2) groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Cox, Donald L. and Betty C. |
| | | | 7221 County Road 339 |
| | | Contract to be ASSUMED | Caldwell                   TX        77836 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Two (2) groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Cox, Mack E. |
| | | | 7097 County Road 339 |
| | | Contract to be ASSUMED | Caldwell                   TX        77836 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Cox, William L. |
| | | | 7157 County Road 339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell                   TX        77836 |

| Debtor | **Metropolitan Water Company, L.P.** | | Case number (if known) | **21-10903** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.84**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Crawford, David,
successor in interest to Lauraine Crawfo
8823 Gustine Drive

State the term remaining

List the contract number of any government contract

Helotes                TX          78023

**2.85**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.

Cross Roads Retreat & Conference Ctr.
255 Cross Road

Contract to be ASSUMED

Caldwell               TX          77836

State the term remaining

List the contract number of any government contract

**2.86**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Cunningham, Olga June
817 North 4th Street

State the term remaining

List the contract number of any government contract

Temple                 TX          76501

**2.87**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Currie, Jarrell J.
3707 Stevens Drive

State the term remaining

List the contract number of any government contract

Bryan                  TX          77808

**2.88**

State what the contract or lease is for and the nature of the debtor's interest

Lessee's interest under unexpired office lease on 105 East Main Street, Suite 103, Brenham, Texas. Debtor is in Year 2 of a 3-year option period. Contract to be ASSUMED

D&B Endeavors, LLC
c/o Brandi Conway
4740 Mustang Rd.

State the term remaining

List the contract number of any government contract

Brenham                TX          77834-1146

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.89**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Davis, Lucille Stone**
**3726 West Nugent Avenue**

State the term remaining

List the contract number of any government contract

**Temple**                    **TX**        **76501**

**2.90**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**De La Pena, Mrs. Ernesto F.,**
**a/k/a Charlsey De La Pena**
**8585 Steamline Circle**

State the term remaining

List the contract number of any government contract

**Austin**                    **TX**        **78745**

**2.91**  State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail.**

**Debault, Keith and Rhonda D.**
**P.O. Box 32**

**Contract to be ASSUMED**

State the term remaining

**Rockdale**                    **TX**        **76567**

List the contract number of any government contract

**2.92**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Demuynck, Jonathan R. and Jodi B.**
**3479 County Road 116**

**Contract to be ASSUMED**

**Caldwell**                    **TX**        **77836**

State the term remaining

List the contract number of any government contract

**2.93**  State what the contract or lease is for and the nature of the debtor's interest

**Four [4] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Derryberry, English, being one**
**and the same person as English M. Fisher**
**successor in interest to Tommy Derryberr**
**1121 Tiger Trail, Unit 824**

State the term remaining

List the contract number of any government contract

**Caldwell**                    **TX**        **77836**

Debtor **Metropolitan Water Company, L.P.**                    Case number (if known) **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Deweese, Roger**<br>**404 Lake Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Belton**           **TX**    **76513** |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | **Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Dickens, Jay**<br>**5517 Columbine** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Angelo**       **TX**    **76904** |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | **Seven [7] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **DKSG Investments, L.L.C.**<br>**P.O. Box 108** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cameron**          **TX**    **76520** |
| **2.97** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Dodson, Dale**<br>**2603 Allen Forest Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bryan**            **TX**    **77803** |
| **2.98** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Doelitsch, Nathan R. and Marcie**<br>**327 County Road 331C** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Milano**           **TX**    **76556** |

Debtor __**Metropolitan Water Company, L.P.**_____  Case number (if known) __**21-10903**_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| **2.99** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Doerr, Ronnie Lynn** | |
| | | | **4 Spring Court** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Belton** | **TX** | **76513** |
| **2.100** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Drake, Melissa G.** | |
| | | | **1912 Austin Street** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Mansfield** | **TX** | **76063** |
| **2.101** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Dromgoole, Russell E.** | |
| | | | **29518 West Hawthorne** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Spring** | **TX** | **77386** |
| **2.102** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Dyess, David Allen and Dorothy** | |
| | | | **1468 Pecan Drive, No. 900** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Caldwell** | **TX** | **77836** |
| **2.103** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Ebenezer Iglesia Pentecostes** | |
| | | | **1631 Charles Road** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Houston** | **TX** | **77093** |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.104**
State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.

Contract to be ASSUMED

State the term remaining

List the contract number of any government contract

Englemann, Kenneth Wayne
5203 Linda Lane

Bryan               TX        77807

**2.105**
State what the contract or lease is for and the nature of the debtor's interest

Non-Disturbance Agreement dated June 22, 2018

State the term remaining

List the contract number of any government contract

EPCOR 130 Project Inc.
Attn: President
EPCOR 130 Project Inc.
2355 W Pinnacle Peak Rd., Ste 300

Phoenix             AZ        85027

**2.106**
State what the contract or lease is for and the nature of the debtor's interest

Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.

Contract to be ASSUMED

State the term remaining

List the contract number of any government contract

Erratt, Bruce L. and Tamie D.
P.O. Box 312

Bryan               TX        77806

**2.107**
State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.
Contract to be ASSUMED

State the term remaining

List the contract number of any government contract

Erwin, Roger Dale
2610 County Road 112

Caldwell            TX        77836

**2.108**
State what the contract or lease is for and the nature of the debtor's interest

Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.
Contract to be ASSUMED

State the term remaining

List the contract number of any government contract

Estrada, Margarita
4847 Eagle, Apt. 10

Bellville           TX        77418

Debtor **Metropolitan Water Company, L.P.**                     Case number (if known) **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.109** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Fagen, C. L.**<br>**2112 Gregory Lane** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Waco**          **TX**      **76708** |
| **2.110** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Faust, John Larry**<br>**192 Leaf Circle, Unit 861** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Caldwell**          **TX**      **77836** |
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail.** | **Felcman, Francis A. and Delores A.**<br>**2615 Lazy Lane** |
| | | **Contract to be ASSUMED** | **Rosenberg**          **TX**      **77471** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Ferguson, Virginia and Ferguson, Mark**<br>**1001 Daisy Lane, No. 890** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Caldwell**          **TX**      **77836** |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Flores, George**<br>**1117 North 8th Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Temple**          **TX**      **76501** |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|--------|--------------------------------------|------------------------|--------------|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.114**  State what the contract or lease is for and the nature of the debtor's interest

**Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Floyd, Terry and Rhonda Ann**
**4108 County Road 316**

**Contract to be ASSUMED**

**Caldwell**                    **TX**        **77836**

State the term remaining

List the contract number of any government contract

**2.115**  State what the contract or lease is for and the nature of the debtor's interest

**Five [5] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Fontenot, Melissa Ann**
**2543 Bay Hill Drive**

State the term remaining

List the contract number of any government contract

**Baytown**                    **TX**        **77520**

**2.116**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Ford, David**
**517 N Erie Street, Apt. 1**

State the term remaining

List the contract number of any government contract

**Rockville**                  **IN**        **47872**

**2.117**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail.**

**Foster, Bill**
**576 FM 1712**

**Contract to be ASSUMED**

**Rockdale**                    **TX**        **76567**

State the term remaining

List the contract number of any government contract

**2.118**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Friedeck, Benno**
**622 East Avenue F**

State the term remaining

List the contract number of any government contract

**Milano**                     **TX**        **76556**

| Debtor | **Metropolitan Water Company, L.P.** | | Case number (if known) | **21-10903** |
|---|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.119** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Gaar, Rowena, and Humphreys,** <br> **Robert Franklin and Karla Faye Gaar** <br> **P.O. Box 278** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chriesman          TX          77838** |
| **2.120** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Gaetz, Eugene** <br> **21007 Rosehill Church Road** |
| | | **Contract to be ASSUMED** | **Tomball          TX          77377** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.121** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Gaitan, Cruz** <br> **P.O. Box 297** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Caldwell          TX          77836** |
| **2.122** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Galeas, Elizabeth** <br> **11732 Big Holly Lane** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Conroe          TX          77385** |
| **2.123** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Garcia, Estella,** <br> **successor in interest to Robert Garcia** <br> **1426 Beck Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bryan          TX          77803** |

Debtor    **Metropolitan Water Company, L.P.**                              Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Giffen, Scott and Tiffany Lain<br>P.O. Box 6597 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Bryan                    TX        77805 |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Glover, W. M., Sr.<br>1260 Hwy 290 E |
| | State the term remaining | | |
| | List the contract number of any government contract | | Elgin                    TX        78621 |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Goates, Richard C., Agent<br>and Personal Representative for Felix D.<br>2100 Gregory Lane |
| | State the term remaining | | |
| | List the contract number of any government contract | | Waco                     TX        76708 |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Goerlitz, LLC<br>P.O. Box 2409 |
| | | Contract to be ASSUMED | Brenham                  TX        77834 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Gomez, Agustin<br>6501 Sailing Breeze |
| | State the term remaining | | |
| | List the contract number of any government contract | | Austin                   TX        78744 |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.129** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Gomez, Evelyn Rosa
4518 South First Street

Austin        TX        78745

**2.130** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Gomez, Jose Angel,
Agent and Personal Representative
for Francisca Vargas Gomez
4518 South First Street

Austin        TX        78745

**2.131** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Gomez, Jose Doroteo
4518 South First Street

Austin        TX        78745

**2.132** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Gomez, Roberto
4518 South First Street

Austin        TX        78745

**2.133** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Gonzales, Carlos
714 Faircrest

Buda        TX        78610

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
| --- | --- | --- | --- |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | **Gonzales, Driana Perez** |
| | | | **P.O. Box 6147** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin**      **TX**      **78762** |

| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | **Gonzales, Maria S.,** |
| | | | **successor in interest to Eusebio Genera** |
| | State the term remaining | | **7318 Avenue K** |
| | List the contract number of any government contract | | **Houston**      **TX**      **77011** |

| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | **Gonzalez, Alida** |
| | | | **562 Aspen Lane** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wallis**      **TX**      **77485** |

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | **Gott, Garry and Stella** |
| | | | **2307 Woodville Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bryan**      **TX**      **77803** |

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. | **Gottselig, Regina** |
| | | | **1306 Cherry Spring** |
| | | Contract to be ASSUMED | |
| | State the term remaining | | **Houston**      **TX**      **77038** |
| | List the contract number of any government contract | | |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.139**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Griffin, Connie K.
925 Elm Drive, Unit 724

State the term remaining

List the contract number of any government contract

Caldwell          TX      77836

**2.140**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Griganvicius, Joseph
221 Texas Oak Drive

State the term remaining

List the contract number of any government contract

Cedar Creek        TX      78612

**2.141**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

Griggs, Leon, Jr.
1125 Ohstrom Park

**Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

Webster          NY      14580

**2.142**  State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Groce, Dennis H. and Mary Ann Urban
4660 County Road 231

State the term remaining

List the contract number of any government contract

Somerville         TX      77879

**2.143**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

Groweg, Patricia Jean Williams
4330 Whickman Drive

**Contract to be ASSUMED**

State the term remaining

Fulshear          TX      77441

List the contract number of any government contract

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.144**

State what the contract or lease is for and the nature of the debtor's interest

**Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Guidry, Carl, a/k/a Karl Guidry**

**154 East Edgebrook Drive**

State the term remaining

List the contract number of any government contract

**Houston**      **TX**      **77034**

**2.145**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Guidry, Carl, being one**

**and the same person as Karl Guidry**

**154 East Edgebrook Drive**

State the term remaining

List the contract number of any government contract

**Houston**      **TX**      **77034**

**2.146**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Gullo, Anthony**

**30723 Old Hockley Road**

State the term remaining

List the contract number of any government contract

**Magnolia**      **TX**      **77355**

**2.147**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Gurecky, Alta Rhea, Agent**

**and Personal Representative for Hazel M.**

**P.O. Box 742**

State the term remaining

List the contract number of any government contract

**Wallis**      **TX**      **77485**

**2.148**

State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Hagen, Leland G.**

**and Betty J. Revocable Living Trust**

**816 Lee Hollow Drive**

State the term remaining

List the contract number of any government contract

**Bryan**      **TX**      **77802**

Debtor    **Metropolitan Water Company, L.P.**        Case number (if known)   **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases            State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.<br><br>Contract to be ASSUMED | Haisler, Harold J.<br>15420 County Line Road |
|---|---|---|---|
| | State the term remaining | | Elgin       TX     78621 |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.<br>Contract to be ASSUMED | Hamilton, Linda<br>313 Akers Drive, No. 841 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell      TX     77836 |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.<br>Contract to be ASSUMED | Hammond, E. C. and Dorothy<br>109 Knight Street |
| | State the term remaining | | |
| | List the contract number of any government contract | | Angleton     TX     77515 |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.<br><br>Contract to be ASSUMED | Harper, William P.<br>2403 Carter Creek |
| | State the term remaining | | Bryan       TX     77802 |
| | List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.<br><br>Contract to be ASSUMED | Harris, Thomas, Jr.,<br>and Jaecks, J. Garland and Judith P.<br>11548 FM 908 |
| | State the term remaining | | Rockdale     TX     76567 |
| | List the contract number of any government contract | | |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Hartzell, Bryan B. |
|---|---|---|---|
| | | | 14414 Cypress Meadow Drive |
| | | Contract to be ASSUMED | |
| | State the term remaining | | Cypress        TX      77429 |
| | List the contract number of any government contract | | |

| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Harvill, Mary |
|---|---|---|---|
| | | | 1154 Walnut Drive, Unit 840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell        TX      77836 |

| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Heath, Clay Arron |
|---|---|---|---|
| | | | 26 E Southbrook Court |
| | State the term remaining | | |
| | List the contract number of any government contract | | Columbia        MO      65203 |

| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Heath, Joseph Lee |
|---|---|---|---|
| | | | 2800 Kendrick Street |
| | State the term remaining | | |
| | List the contract number of any government contract | | Golden        CO      80401 |

| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Heath, Robert R. |
|---|---|---|---|
| | | | P.O. Box 1007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Meeker        CO      81641 |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.159**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

State the term remaining

List the contract number of any government contract

Henderson, Lorene,
successor in interest to Ralph C. Hender
706 Stephanie Drive

| Little River | TX | 76554 |

**2.160**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

State the term remaining

List the contract number of any government contract

Hernandez, Dorys
4518 South First Street

| Austin | TX | 78745 |

**2.161**

State what the contract or lease is for and the nature of the debtor's interest

Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

State the term remaining

List the contract number of any government contract

Hill, Dickie
501 North Bumblebee

| Little River-Academy | TX | 76554 |

**2.162**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

State the term remaining

List the contract number of any government contract

Hines, Charles W.,
successor in interest to E. L. George
16950 FM 2293

| Bremond | TX | 77856 |

**2.163**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

State the term remaining

List the contract number of any government contract

Hines, Charles W.,
16950 FM 2293

| Bremond | TX | 77856 |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
| --- | --- | --- | --- |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.164**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Hobson, Gene**
**2010 Elmwood Drive**

State the term remaining

List the contract number of any government contract

**Bryan**      **TX**      **77802**

**2.165**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Holt, Mark A.**
**14850 FM 2268**

State the term remaining

List the contract number of any government contract

**Houston**      **TX**      **76534**

**2.166**  State what the contract or lease is for and the nature of the debtor's interest

**Four [4] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Hood, James Bruce and Paula K.**
**1240 Cumley Lane**

State the term remaining

List the contract number of any government contract

**Thorndale**      **TX**      **76577**

**2.167**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Hosea, Robert and Dana**
**4909 Park Land Drive**

**Contract to be ASSUMED**

**Bryan**      **TX**      **77802**

State the term remaining

List the contract number of any government contract

**2.168**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Houlgrave, Robert Charles**
**12103 Normont Drive**

**Contract to be ASSUMED**

**Houston**      **TX**      **77070**

State the term remaining

List the contract number of any government contract

Debtor  **Metropolitan Water Company, L.P.**                    Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. | Houston, Sharun A. |
|---|---|---|---|
| | | | 994 S US Hwy 36 |
| | | **Contract to be ASSUMED** | Milano          TX          76556 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. **Contract to be ASSUMED** | Hughes, Stephen W. |
|---|---|---|---|
| | | | 3806 Courtney Circle |
| | State the term remaining | | |
| | List the contract number of any government contract | | Bryan          TX          77802 |

| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. **Contract to be ASSUMED** | Hutcheson, Cathy and Sidney, |
|---|---|---|---|
| | | | successor in interest to Nathan Edmundso |
| | | | P.O. Box 1255 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell          TX          77836 |

| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Hynson, Laura Plasek |
|---|---|---|---|
| | | | 4317 Vaughn Street |
| | | **Contract to be ASSUMED** | Austin          TX          78723 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. **Contract to be ASSUMED** | Icenhower, Suzanne Chandler |
|---|---|---|---|
| | | | 3612 Fairfield Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Texarkana          AR          71854 |

Debtor  **Metropolitan Water Company, L.P.**                    Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. | Jackson, Dorothy JoAnn |
| | | | 801 N. Wilcox |
| | | Contract to be ASSUMED | Rocklake      TX    76567 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Jaecks, J. Garland and Judith P. |
| | | | 7566 FM 908 |
| | | Contract to be ASSUMED | Rockdale      TX    76567 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Jager, Guido |
| | | Contract to be ASSUMED | 3360 Briana Drive, Lot 21 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Belton      TX    76513 |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Janac, Joe R. |
| | | | 9792 County Road 272 |
| | | Contract to be ASSUMED | Somerville      TX    77879 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **Metropolitan Water Company, L.P.** | | Case number (if known) | **21-10903** |
|---|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.178** State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail.

Jannett, Janice Rose
11805 Meadowglen Lane, No. 2115

Contract to be ASSUMED

Houston                    TX          77082

State the term remaining

List the contract number of any government contract

**2.179** State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.
Contract to be ASSUMED

Jecmenek, Jerry Dale, Sr.,
successor in interest to Janie Jecmenek
4800 State Hwy. 53

State the term remaining

List the contract number of any government contract

Temple                     TX          76501

**2.180** State what the contract or lease is for and the nature of the debtor's interest

Four [4] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.
Contract to be ASSUMED

Johnson, Arthur
649 Yaupon Drive, Unit 733

State the term remaining

List the contract number of any government contract

Caldwell                   TX          77836

**2.181** State what the contract or lease is for and the nature of the debtor's interest

Four [4] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.
Contract to be ASSUMED

Johnson, Johanna
646 County Road 316

State the term remaining

List the contract number of any government contract

Caldwell                   TX          77836

**2.182** State what the contract or lease is for and the nature of the debtor's interest

Nine [9] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail.

Johnston, Kathy C.
2907 County Road 364

Contract to be ASSUMED

State the term remaining

Milano                     TX          76556

List the contract number of any government contract

Debtor      **Metropolitan Water Company, L.P.**                              Case number (if known)   **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.183**   State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Jones, Bonnie J.** **4981 Andert Road**
State the term remaining
List the contract number of any government contract | | **Bryan**                **TX**      **77802**

**2.184**   State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Jones, Curtis** **345 Shupak Road**
State the term remaining
List the contract number of any government contract | | **Bellville**             **TX**      **77418**

**2.185**   State what the contract or lease is for and the nature of the debtor's interest | **Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Jones, Donald N.** **2637 West 86th Place**

**Contract to be ASSUMED** | **Chicago**               **IL**      **60652**
State the term remaining
List the contract number of any government contract

**2.186**   State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Jones, Joseph Bennett, M.D.,** **and Marcy Lee** **P.O. Box 1245**

**Contract to be ASSUMED** | **Caldwell**              **TX**      **77836**
State the term remaining
List the contract number of any government contract

**2.187**   State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Kearney, Milton and Terrie** **4413 North Texas Ave., Trailer 10**
State the term remaining
List the contract number of any government contract | | **Bryan**                **TX**      **77803**

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.188**

State what the contract or lease is for and the nature of the debtor's interest

**Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Kearney, Milton, Sr.**
**1527 Waweenoc**

State the term remaining

List the contract number of any government contract

**Dallas                           TX          75216**

**2.189**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Key, Howard L.**
**613 Ackerman Street**

State the term remaining

List the contract number of any government contract

**Rockdale                       TX          76567**

**2.190**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Knox, William Dean and Eva M.**
**9003 Laurel Ridge**

State the term remaining

List the contract number of any government contract

**Temple                          TX          76502**

**2.191**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Kokel, Ernest**
**1108 Ruth Avenue**

State the term remaining

List the contract number of any government contract

**Austin                          TX          78757**

**2.192**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Kollman, Janie Ruth**
**4332 Teravista Club Drive, Unit 74**

State the term remaining

List the contract number of any government contract

**Round Rock                  TX          78665**

Debtor     **Metropolitan Water Company, L.P.**                    Case number (if known)   **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.193**   State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Kouatli, Aiman**
**P.O. Box 831**

State the term remaining

List the contract number of any government contract

**Caldwell**          **TX**      **77836**

**2.194**   State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Kovar, Emily E.**
**4244 County Road 236**

**Contract to be ASSUMED**

State the term remaining

**Caldwell**          **TX**      **77836**

List the contract number of any government contract

**2.195**   State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Kovar, Jacob**
**4244 County Road 236**

**Contract to be ASSUMED**

State the term remaining

**Caldwell**          **TX**      **77836**

List the contract number of any government contract

**2.196**   State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Kraatz, Mary G.**
**507 N. Banks Street**

State the term remaining

List the contract number of any government contract

**Caldwell**          **TX**      **77836**

**2.197**   State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Kretzer, Richard**
**1333 County Road 324**

**Contract to be ASSUMED**

State the term remaining

**Caldwell**          **TX**      **77836**

List the contract number of any government contract

Debtor     **Metropolitan Water Company, L.P.**                                    Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.198** | State what the contract or lease is for and the nature of the debtor's interest | **Three [3] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail.** | **Kunkel, Darron L. and Sandra** <br> **P.O. Box 1543** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | | **Rockdale                    TX          76567** |
| | List the contract number of any government contract | | |
| **2.199** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail.** | **Lagrone, Barkley O.** <br> **P.O. Box 855** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | | **Rockdale                    TX          76567** |
| | List the contract number of any government contract | | |
| **2.200** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail.** | **Lagrone, Chad and Sherry** <br> **733 East Holdiness** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | | **Milano                       TX          76556** |
| | List the contract number of any government contract | | |
| **2.201** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** <br> **Contract to be ASSUMED** | **Langham, John Samuel,** <br> **successor in interest to John A. Langham** <br> **309 North Banks** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Caldwell                    TX          77836** |

Debtor   **Metropolitan Water Company, L.P.**                                  Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.202**  State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Langham, Patsy**
**6788 FM 166**

**Contract to be ASSUMED**

State the term remaining

**Caldwell**                    **TX**      **77836**

List the contract number of any government contract

**2.203**  State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**
**Contract to be ASSUMED**

**Lard, C. T. and Joyce Weiman**
**3503 Colson Road**

State the term remaining

List the contract number of any government contract

**Bryan**                      **TX**      **77808**

**2.204**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Lauderdale, Billie Louise Kretzer**
**6470 Private Road 1010**

**Contract to be ASSUMED**

State the term remaining

**Caldwell**                    **TX**      **77836**

List the contract number of any government contract

**2.205**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Lauderdale, Cathy**
**3825 County Road 117**

**Contract to be ASSUMED**

State the term remaining

**Caldwell**                    **TX**      **77836**

List the contract number of any government contract

Debtor   **Metropolitan Water Company, L.P.**                    Case number (if known)   **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Lauderdale, Kenneth W. |
| | | | P.O. Box 720 |
| | | Contract to be ASSUMED | Caldwell                    TX        77836 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Laughlin, Wilyne Faye |
| | | | 1901 Colby Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Baytown                    TX        77520 |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Lee, Brenda Sue |
| | | | 9204 Independence Loop |
| | State the term remaining | | |
| | List the contract number of any government contract | | Austin                    TX        78748 |
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Liberty County Cemetery Association |
| | | | Vance McManus |
| | | | 809 North Gray |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell                    TX        77836 |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Long, Alvin R. |
| | | | P.O. Box 176 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Gause                    TX        77857 |

Debtor      **Metropolitan Water Company, L.P.**                         Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Loveless, Kenneth D., successor in interest to Mildred Eskue 807 Holston Hills |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | College Station          TX       77845 |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. | Lueker, Sharyn 1429 Wonderful Road |
| | | Contract to be ASSUMED | West Point          TX       78963 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Luza, Jerry 2515 Briarwood Circle |
| | State the term remaining | | |
| | List the contract number of any government contract | | Bryan          TX       77802 |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Mace, Melvin Aubrey, successor in interest to Frances Dawson 207 Aspen Street |
| | State the term remaining | | |
| | List the contract number of any government contract | | Bruceville          TX       76630 |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leasesin Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Maddox, Luther, a/k/a Earl Maddox 116 Easy Street |
| | State the term remaining | | |
| | List the contract number of any government contract | | Hutto          TX       78634 |

| Debtor | **Metropolitan Water Company, L.P.** | | Case number (if known) | **21-10903** |
|---|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | | |
|---|---|---|---|---|---|
| **2.216** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | Malone, Duane | | |
| | | | P.O. Box 2214 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Lindale | TX | 75771 |
| **2.217** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | Manahan, Dee Ann | | |
| | | | 9007 Argonne Stone Lane | | |
| | | **Contract to be ASSUMED** | | | |
| | State the term remaining | | Conroe | TX | 77302 |
| | List the contract number of any government contract | | | | |
| **2.218** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | Mann, Larry | | |
| | | | 1815 Wayside Drive | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Bryan | TX | 77802 |
| **2.219** | State what the contract or lease is for and the nature of the debtor's interest | **Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | Mar, Jorge | | |
| | | | 6717 Nordling Road, No. H | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Houston | TX | 77076 |
| **2.220** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | Martinez, Cayetano, Jr. | | |
| | | | 1678 FM 908 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Caldwell | TX | 77836 |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.221** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Martinez, Guadalupe, a/k/a Guadalupe Sil** |
| | | | **2907 Indiana Avenue** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bryan                    TX          77803** |
| **2.222** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Martinez, Martha,** |
| | | | **successor in interest to Claudio M. Mart** |
| | | | **5240 Lindsay** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston                  TX          77023** |
| **2.223** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Mata, Mrs. Marcelino, a/k/a Margarita Ma** |
| | | | **4045 Linkwood, No. 322** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston                  TX          77025** |
| **2.224** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **McCarty, Robert F.** |
| | | | **2406 County Road 310** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Caldwell                 TX          77836** |
| **2.225** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **McCoy, Michael W. and Dianna** |
| | | | **3285 County Road 310** |
| | | **Contract to be ASSUMED** | **Caldwell                 TX          77836** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.226** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**McCulloch, Pam Engelmann**

**5767 FM 3058**

**Contract to be ASSUMED**

State the term remaining

**Caldwell          TX          77836**

List the contract number of any government contract

**2.227** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail.**
**Contract to be ASSUMED**

**McDavid, Ronald P. and Barbara A.**

**6610 County Road 455**

State the term remaining

List the contract number of any government contract

**Thorndale          TX          76577**

**2.228** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**
**Contract to be ASSUMED**

**McFerrin, Barbara Jean**

**207 Bowie Drive**

State the term remaining

List the contract number of any government contract

**Paige          TX          78659**

**2.229** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**
**Contract to be ASSUMED**

**McGowen, E. L., Jr., Individually**

**and as Agent and Attorney-in-Fact**

**for Robert Steven McGowen**

**10123 Bessemer Street**

State the term remaining

List the contract number of any government contract

**Houston          TX          77034**

**2.230** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**McKnight, Gerald Ray, Jr., and Linda**

**12628 Red Bud Trail**

**Contract to be ASSUMED**

**Buda          TX          78610**

State the term remaining

List the contract number of any government contract

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **McKnight, James Alan** |
| | | | **P.O. Box 1322** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Caldwell**            **TX**        **77836** |

| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Mejia, Angela** |
| | | **Contract to be ASSUMED** | **19907 Telegraph Square** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Katy**            **TX**        **77447** |

| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Melancon, Virginia, Agent and Attorney-in-Fact for Elsie Wall, successor in interest to George Wall and Lanelle Morr** |
| | | **Contract to be ASSUMED** | **2934 Metcalf Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**            **TX**        **77017** |

| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Menjivar, Francisco Israel, husband and personal representative of Juana Men** |
| | | **Contract to be ASSUMED** | **8644 Piney Creek** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin**            **TX**        **78745** |

| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Messer, Calvin, Jr.,** |
| | | **Contract to be ASSUMED** | **successor in interest to Calvin Messer** |
| | | | **25954 Hwy 6 North** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Navasota**            **TX**        **77868** |

Debtor    **Metropolitan Water Company, L.P.**                    Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.236**  State what the contract or lease is for and the nature of the debtor's interest

**Production Payment Allocation Agreement dated effective 10/23/2004: obligates the Debtor to pay a percentage of ongoing water sales revenues to Met Water Texas. Contract to be ASSUMED**

Metropolitan Water Co. of Texas, L.L.C.
P.O. Drawer 1146

State the term remaining

Brenham                    TX        77834-1146

List the contract number of any government contract

**2.237**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Meza, Lillian
1327 Willow Bluff Drive

State the term remaining

List the contract number of any government contract

Pflugerville                TX        78660

**2.238**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Meza, Ramon,
successor in interest to Margarita Lara
1327 Willow Bluff Drive

State the term remaining

List the contract number of any government contract

Pflugerville                TX        78660

**2.239**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

Mitchell, Rex P. and Diane K.
2677 County Road 112

**Contract to be ASSUMED**

Caldwell                    TX        77836

State the term remaining

List the contract number of any government contract

**2.240**  State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Mooman, Frankie Lou
1212 East Ramona Street

State the term remaining

List the contract number of any government contract

Angleton                    TX        77515

Debtor      **Metropolitan Water Company, L.P.**                          Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Moore, Kenneth D. and Dona M. |
|---|---|---|---|
| | | | 8865 FM 2000 |
| | | Contract to be ASSUMED | Caldwell          TX          77836 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Mora, Elena |
|---|---|---|---|
| | | | 822 Hollycrest Street |
| | State the term remaining | | |
| | List the contract number of any government contract | | Channelview          TX          77530 |

| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Mora, Mrs. Andres R., a/k/a Elena Mora |
|---|---|---|---|
| | | | 822 Hollycrest Street |
| | State the term remaining | | |
| | List the contract number of any government contract | | Channelview          TX          77530 |

| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Moreno, William |
|---|---|---|---|
| | | | 1404 Garden Lane |
| | State the term remaining | | |
| | List the contract number of any government contract | | McPherson          KS          67490 |

| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Morris, Myrtis L. |
|---|---|---|---|
| | | | 4230 Wuthering Heights Drive |
| | | Contract to be ASSUMED | Houston          TX          77045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Metropolitan Water Company, L.P.**      Case number (if known)   **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.246** State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Morton, James Harmon, a/k/a Buddy Morton**
**10036 County Road 311**

State the term remaining

List the contract number of any government contract | | **Rockdale**      **TX**    **76567**

**2.247** State what the contract or lease is for and the nature of the debtor's interest | **Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Mullin, Mark**
**1231 Financial Plaza**

State the term remaining

List the contract number of any government contract | | **Huntsville**      **TX**    **77340**

**2.248** State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Myers, Elsie Mae**
**P.O. Box 374**

State the term remaining

List the contract number of any government contract | | **Snook**      **TX**    **77878**

**2.249** State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail.** | **Noel, Todd**
**5952 County Road 342**

     **Contract to be ASSUMED**

State the term remaining | | **Milano**      **TX**    **76556**

List the contract number of any government contract

**2.250** State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Osburn, George L.**
**2852 South Road**

State the term remaining

List the contract number of any government contract | | **Cadiz**      **KY**    **42211**

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.251**

State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Osorio, Jaime J.**
**10713 Garbarcz Drive**

State the term remaining

List the contract number of any government contract

**Austin**      **TX**      **78748**

**2.252**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Owens, Vaughn and Wilma Living Trust**
**611 County Road 334**

State the term remaining

List the contract number of any government contract

**Rockdale**      **TX**      **76567**

**2.253**

State what the contract or lease is for and the nature of the debtor's interest

**Four [4] groundwater leases, three in Milam County and one Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Owens, Vaughn E. and Wilma**
**611 County Road 334**

**Rockdale**      **TX**      **76567**

**Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**2.254**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Pantel, Pamela K.**
**4396 Ledgestone Trail**

State the term remaining

List the contract number of any government contract

**College Station**      **TX**      **77845**

**2.255**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Parker, Brien P.**
**121 Hill Rise Road**

State the term remaining

List the contract number of any government contract

**Elgin**      **TX**      **78621**

Debtor   **Metropolitan Water Company, L.P.**          Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Parker, Mrs. Brian Wendell, a/k/a Nancy |
|---|---|---|---|
| | | | P.O. Box 1132 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell            TX      77836 |

| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Parr, Jan Andriano |
|---|---|---|---|
| | | | 4702 Tilson Lane |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston            TX      77041 |

| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Peek, Melba Darlene |
|---|---|---|---|
| | | | 1802 Terrace Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell            TX      77836 |

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Perez, Arturo, by Alfonso Figueroa, |
|---|---|---|---|
| | | | Agent and Personal Representative |
| | | | 18120 Sky Sail Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Manor            TX      78653 |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Perez, Jose A. |
|---|---|---|---|
| | | | 12790 Johnson Road |
| | State the term remaining | | |
| | List the contract number of any government contract | | Conroe            TX      77302 |

Debtor   **Metropolitan Water Company, L.P.**         Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Phillips, Michael and Martin, Joyce Fran | |
| | | | 8428 FM 908 | |
| | | Contract to be ASSUMED | Rockdale     TX     76567 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Pickett, Edward L. | |
| | | | P.O. Box 239 | |
| | | Contract to be ASSUMED | Chriesman     TX     77838 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Pineda, Antonio | |
| | | Contract to be ASSUMED | 2112 Deadwood Drive | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Austin     TX     78744 | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Pineda, Domingo and Crystal | |
| | | | 5930 J. C. Long Drive | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Bryan     TX     77807 | |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Pivonka, Alfred | |
| | | | 12838 Rose Road | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Iola     TX     77861 | |

Debtor **Metropolitan Water Company, L.P.**      Case number (if known) **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.266** | State what the contract or lease is for and the nature of the debtor's interest | **Six [6] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Plasek, James D. and Cathy Y.** <br> **213 Escalera Parkway** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | | **Georgetown    TX    78628** |
| | List the contract number of any government contract | | |
| **2.267** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Plasek, James David** <br> **213 Escalera Parkway** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | | **Georgetown    TX    78628** |
| | List the contract number of any government contract | | |
| **2.268** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Plasek, Linda** <br> **5524 Meadow Creek Lane** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | | **Houston    TX    77917** |
| | List the contract number of any government contract | | |
| **2.269** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Plasek, Raymond** <br> **2804 Tealridge** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | | **Mesquite    TX    75181** |
| | List the contract number of any government contract | | |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|--------|--------------------------------------|------------------------|--------------|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.270** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

Poehl, Fritz William
3702 Kuykendahl Road

**Contract to be ASSUMED**

State the term remaining

Brenham      TX    77833

List the contract number of any government contract

**2.271** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail.**

Polzer, Eugene and Rosalie Mary
3209 Pinyon Creek Drive

**Contract to be ASSUMED**

State the term remaining

Bryan      TX    77807

List the contract number of any government contract

**2.272** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

Poole, Forrest Campbell, Jr.
438 Woolsie Road

**Contract to be ASSUMED**

State the term remaining

Sharpsburg      GA    30277

List the contract number of any government contract

**2.273** State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Pope, Shelly,
successor in interest to Jack Williams
26388 Red Oak Hollow

State the term remaining

List the contract number of any government contract

Magnolia      TX    77355

Debtor     **Metropolitan Water Company, L.P.**                    Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.274**  State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Price, Johnny L., Sr.
4898 County Road 310

State the term remaining

List the contract number of any government contract

Caldwell          TX      77836

**2.275**  State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Pruett, Harold
347 W Davilla Avenue

State the term remaining

List the contract number of any government contract

Rockdale          TX      76567

**2.276**  State what the contract or lease is for and the nature of the debtor's interest

Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Ramirez, Yolanda B. G.,
successor in interest to M. Ramirez
5302 Peppertree Parkway

State the term remaining

List the contract number of any government contract

Austin          TX      78744

**2.277**  State what the contract or lease is for and the nature of the debtor's interest

Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Ramos, Mario Armando
4711 Cedar Grove Drive

State the term remaining

List the contract number of any government contract

Austin          TX      78744

**2.278**  State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.

Raska, Doug, as Independent Executor
of the Estate of Alfred Raska, Deceased
17115 Ledgefield

Contract to be ASSUMED

Cypress          TX      77433

State the term remaining

List the contract number of any government contract

Debtor **Metropolitan Water Company, L.P.**                    Case number (if known) **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.279** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **RBH Holdings, LLC** |
| | | | **3737 Buffalo Speedway, Suite 1800** |
| | | **Contract to be ASSUMED** | **Houston          TX          77098** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.280** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Rebecek, Wayne C.** |
| | | **Contract to be ASSUMED** | **39622 Oak Ridge Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hempstead          TX          77445** |
| **2.281** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail.** | **Remmert, John A.** |
| | | | **12306 Knobcrest Drive** |
| | | **Contract to be ASSUMED** | **Houston          TX          77070** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.282** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Requena, Maria Dominga** |
| | | **Contract to be ASSUMED** | **P.O. Box 302** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Caldwell          TX          77836** |
| **2.283** | State what the contract or lease is for and the nature of the debtor's interest | **Four [4] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Reyes, Abel** |
| | | **Contract to be ASSUMED** | **5811 Chapman** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston          TX          77009** |

Debtor  **Metropolitan Water Company, L.P.**     Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. | Rice, Don A. |
| | | | 4302 Hyde Park Lane |
| | | **Contract to be ASSUMED** | Bryan                       TX        77802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. **Contract to be ASSUMED** | Richards, Frank D. |
| | | | 479 Pine Canyon Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Smithville                  TX        78957 |

| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. | Richards, Myrtle Joyce |
| | | | 509 Sunview Drive |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Livingston                  TX        77351 |

| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Richardson, Merrell B., Successor Truste |
| | | | of the Trust Agreement dated April 8, 19 |
| | | | between Dean E. and Joyce W. |
| | | | 3010 Knoll Manor Drive |
| | | **Contract to be ASSUMED** | Kingwood                   TX        77345 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  **Metropolitan Water Company, L.P.**          Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.288**  State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Ridgway, Mary**
**c/o Wanda Cousin**
**3012 Whisper Oaks Lane, Unit I**

**Contract to be ASSUMED**

**Georgetown**          **TX**          **78628**

State the term remaining

List the contract number of any government contract

**2.289**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**
**Contract to be ASSUMED**

**Riley, Carolyn,**
**successor in interest to Jo P. Holland**
**2303 Iowa Drive**

State the term remaining

List the contract number of any government contract

**Harker Heights**          **TX**          **76548**

**2.290**  State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**
**Contract to be ASSUMED**

**Robbins, Michael E.**
**715 Bee Gee**

State the term remaining

List the contract number of any government contract

**Driftwood**          **TX**          **78619**

**2.291**  State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Roberson, Dawn**
**165 Monkey Road**

**Contract to be ASSUMED**

**Elgin**          **TX**          **78621**

State the term remaining

List the contract number of any government contract

**2.292**  State what the contract or lease is for and the nature of the debtor's interest

**Five [5] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**
**Contract to be ASSUMED**

**Roberts, Anita**
**900 Lakeview Drive, No. 732**

State the term remaining

List the contract number of any government contract

**Caldwell**          **TX**          **77836**

Debtor        **Metropolitan Water Company, L.P.**                          Case number (if known)   **21-10903**

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Robinson, Mildred |
| | State the term remaining | | 121 5th Street, Apt. 18 |
| | List the contract number of any government contract | | Lexington                    TX       78947 |

| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Rocha, David, III |
| | State the term remaining | | 1143 Berger |
| | List the contract number of any government contract | | Austin                       TX       78721 |

| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Rocha, Lourdes |
| | State the term remaining | | 2213 Dove Springs |
| | List the contract number of any government contract | | Austin                       TX       78744 |

| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Rodriguez, Mark |
| | State the term remaining | | 344 Rocky Spot Drive |
| | List the contract number of any government contract | | Austin                       TX       78737 |

| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | Three [3] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Rodriguez, Mark Anthony |
| | State the term remaining | | and Jennifer Kathleen Rodriguez |
| | List the contract number of any government contract | | 344 Rocky Spot Drive |
| | | | Austin                       TX       78737 |

Debtor    **Metropolitan Water Company, L.P.**                           Case number (if known) **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Rodriguez, Martha |
| | | | 5775 Dacy Lane |
| | State the term remaining | | |
| | List the contract number of any government contract | | Buda                    TX        78610 |

| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Rodriguez, Olivia |
| | | | 6611 County Field Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | San Antonio             TX        78240 |

| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Rodriguez, Robert |
| | | | 5775 Dacy Lane |
| | State the term remaining | | |
| | List the contract number of any government contract | | Buda                    TX        78610 |

| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Rosenberry, Kenneth |
| | | | P.O. Box 991 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell                TX        77836 |

| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Rosier, Robert H. |
| | | | 925 Elm Drive, Unit 724 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell                TX        77836 |

Debtor    **Metropolitan Water Company, L.P.**       Case number (if known)   **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases           State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.303**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Five [5] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Rouse, Darrell Kane**
**11017 David Lane**

**Crosby**      **TX**    **77532**

**2.304**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Five [5] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Rouse, Dorothy**
**2207 Riceflower**

**Baytown**      **TX**    **77520**

**2.305**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Roy, Thurman**
**102 North O'Neal Street**

**Caldwell**      **TX**    **77836**

**2.306**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Ruiz, Adolph**
**1814 Runaway Scrape Court**

**Richmond**      **TX**    **77406**

**2.307**

State what the contract or lease is for and the nature of the debtor's interest

**Three [3] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail.**

**Rush, Christopher D. and Mikaela D.**
**P.O. Box 2590**

**Cedar Park**      **TX**    **78630**

**Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.308** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Rychlik, Josh**
**5510 Blue Ridge Drive**

State the term remaining

List the contract number of any government contract

**College Station**          **TX**      **77845**

**2.309** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Rychlik, Randall**
**5510 Blue Ridge Drive**

State the term remaining

List the contract number of any government contract

**College Station**          **TX**      **77845**

**2.310** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Rychlik, Randall J.**
**5510 Blue Ridge Drive**

State the term remaining

List the contract number of any government contract

**College Station**          **TX**      **77845**

**2.311** State what the contract or lease is for and the nature of the debtor's interest

**Five [5] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Rychlik, Randy**
**5510 Blue Ridge Drive**

State the term remaining

List the contract number of any government contract

**College Station**          **TX**      **77845**

**2.312** State what the contract or lease is for and the nature of the debtor's interest

**Five [5] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Rychlik, Randy,**
**a/k/a Randall G. Rychlik and Darla**
**5510 Blue Ridge Drive**

State the term remaining

List the contract number of any government contract

**College Station**          **TX**      **77845**

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | Sixteen [16] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | **Rychlik, Randy, a/k/a Randall G. Rychlik and Darla** <br> **5510 Blue Ridge Drive** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **College Station**      **TX**    **77845** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | Sixteen [16] groundwater leases, four in Milam County and twelve in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | **S & V Operating Co.** <br> **P.O. Box 2505** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **Longview**      **TX**    **75606** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | Fifteen [15] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. <br> **Contract to be ASSUMED** | **S & V Partnership** <br> **P.O. Box 2505** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Longview**      **TX**    **75606** |

| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. <br> **Contract to be ASSUMED** | **Salas, Arturo** <br> **10214 Fairfax** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**      **TX**    **77029** |

| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. <br> **Contract to be ASSUMED** | **Salazar, Gloria M.** <br> **300 South Thomas Street, No. 119** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bellville**      **TX**    **77418** |

Debtor **Metropolitan Water Company, L.P.**      Case number (if known) **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | | |
|---|---|---|---|---|
| **2.318** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Schnur, Loretta** | |
| | | | **900 Lakeview Drive, Unit 732** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Caldwell**     **TX**     **77836** | |
| **2.319** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Scott, Kermit S.** | |
| | | | **3709 Glacier Lane** | |
| | | | **Garland**     **TX**     **75042** | |
| | | **Contract to be ASSUMED** | | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |
| **2.320** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Sears, George Albert and Deborah Lynn Po** | |
| | | | **6992 County Road 319** | |
| | | **Contract to be ASSUMED** | **Caldwell**     **TX**     **77836** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |
| **2.321** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Shamaly, Christopher Malek** | |
| | | | **406 E Cowan Drive** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Houston**     **TX**     **77007** | |

| Debtor | **Metropolitan Water Company, L.P.** | | Case number (if known) | **21-10903** |
| --- | --- | --- | --- | --- |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.322**

State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Sharp, Elsie Lorraine Dyess**

**945 Ivy Trail, Unit 801**

State the term remaining

List the contract number of any government contract

**Caldwell**          **TX**     **77836**

**2.323**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Sheffield, Barbara**

**4981 Andert Road**

State the term remaining

List the contract number of any government contract

**Bryan**          **TX**     **77802**

**2.324**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Sheffield, Normia Beth**

**4981 Andert Road**

State the term remaining

List the contract number of any government contract

**Bryan**          **TX**     **77802**

**2.325**

State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Shimek, Bruno A. and Christina M.**

**218 North Main Street**

**Contract to be ASSUMED**

**Bryan**          **TX**     **77803**

State the term remaining

List the contract number of any government contract

**2.326**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Simpson, Willie**

**2506 Barron Road**

State the term remaining

List the contract number of any government contract

**College Station**          **TX**     **77845**

Debtor    **Metropolitan Water Company, L.P.**                    Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.327**  State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Singletary, Nancy Engelmann**
**5620 County Road 225**

**Contract to be ASSUMED** | **Caldwell              TX       77836**

State the term remaining

List the contract number of any government contract

**2.328**  State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail.** | **Smith, Debra Collins**
**1134 County Road 454**

**Contract to be ASSUMED** | **Lincoln              TX       78948**

State the term remaining

List the contract number of any government contract

**2.329**  State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.** | **Smith, III, James T., and Melinda C.**
**P.O. Box 1336**

**Contract to be ASSUMED**

State the term remaining | | **Caldwell              TX       77836**

List the contract number of any government contract

**2.330**  State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail.** | **Smith, Larry Noble and Ruby Gail**
**6740 County Road 342**

**Contract to be ASSUMED** | **Milano              TX       76556**

State the term remaining

List the contract number of any government contract

Debtor   **Metropolitan Water Company, L.P.**                    Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | | |
|---|---|---|---|
| **2.331** | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Smith, Scott Lawrence<br>P.O. Box 824 |
| | | Contract to be ASSUMED | |
| | State the term remaining | | Caldwell          TX          77836 |
| | List the contract number of any government contract | | |
| **2.332** | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. | Smith, Sidney J. and Barbara D.<br>8910 Private Road 2016 |
| | | Contract to be ASSUMED | Caldwell          TX          77836 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.333** | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail. | Stafford, James E. and Sally W.<br>126 South Bay Drive |
| | | Contract to be ASSUMED | Bullard          TX          75757 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.334** | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.<br>Contract to be ASSUMED | Stafford, Michael and Brown, Levora<br>4614 San Bernadino Street |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX          77066 |

Debtor  **Metropolitan Water Company, L.P.**                    Case number (if known) **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.335** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Stapp, Scott and wife, Colleen**
**1738 Deer Park**

**College Station          TX          77845**

**2.336** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Stearns, Alton**
**P.O. Box 338**

**Weir          TX          78674**

**2.337** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Contract to be ASSUMED**

**Stelzig, Jimmy Ray and Jennifer Darlene**
**7055 County Road 224**

**Caldwell          TX          77836**

**2.338** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Stevens, Mary**
**P.O. Box 3154**

**Bryan          TX          77805**

**2.339** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Stifflemire, Jack W. and Nita J.**
**P.O. Box 144**

**Deanville          TX          77852**

Debtor   **Metropolitan Water Company, L.P.**                    Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Stone, Dara |
|---|---|---|---|
| | | | 2205 Gila Pass |
| | | Contract to be ASSUMED | |
| | State the term remaining | | Austin          TX          78734 |
| | List the contract number of any government contract | | |

| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | The Andy and Debra Jackson Management Tr |
|---|---|---|---|
| | | | dated June 24, 2013 |
| | | Contract to be ASSUMED | 137 County Road 383 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Rockdale          TX          76567 |

| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | The Robert and Sharon Christiansen Famil |
|---|---|---|---|
| | | | 916 Heritage Oaks Bend |
| | | Contract to be ASSUMED | |
| | State the term remaining | | Georgetown          TX          78633 |
| | List the contract number of any government contract | | |

| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | Fifteen [15] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Thomas, Lavaughn and Rosetta |
|---|---|---|---|
| | | | 11617 County Road 227 |
| | | Contract to be ASSUMED | Caldwell          TX          77836 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|--------|--------------------------------------|------------------------|--------------|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.344**

State what the contract or lease is for and the nature of the debtor's interest

Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Thompson, Charles
1087 Walnut Drive, No. 784

State the term remaining

List the contract number of any government contract

Caldwell        TX        77836

**2.345**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Thompson, Kathleen,
successor in interest to Hallie Flanagan
1026 Dollins

State the term remaining

List the contract number of any government contract

Katy        TX        77493

**2.346**

State what the contract or lease is for and the nature of the debtor's interest

Eleven [11] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail.

Timko, Cheryl J. Slay
106 Campbell Woods Drive

Contract to be ASSUMED

State the term remaining

Livingston        TX        77351

List the contract number of any government contract

**2.347**

State what the contract or lease is for and the nature of the debtor's interest

Four [4] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.

Tindall, Leah B. and B. Shane
5900 County Road 229

Contract to be ASSUMED

State the term remaining

Caldwell        TX        77836

List the contract number of any government contract

**2.348**

State what the contract or lease is for and the nature of the debtor's interest

Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED

Tippit, Susie
1440 Pecan Drive, Unit 803

State the term remaining

List the contract number of any government contract

Caldwell        TX        77836

Debtor **Metropolitan Water Company, L.P.**      Case number (if known) **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.349** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Tirado, Guillermo** |
| | | | **2304 Sandy Lane** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bryan**     **TX**     **77801** |
| **2.350** | State what the contract or lease is for and the nature of the debtor's interest | **Two [2] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail.** | **Todd, Gordon** |
| | | | **P.O. Box 429** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | | **Rockdale**     **TX**     **76567** |
| | List the contract number of any government contract | | |
| **2.351** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Tonn, Howard** |
| | | | **2130 County Road 318** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bartlett**     **TX**     **76511** |
| **2.352** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Treat, Mark S.** |
| | | | **3601 Savell Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Baytown**     **TX**     **77521** |
| **2.353** | State what the contract or lease is for and the nature of the debtor's interest | **Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED** | **Turner, W. Keith** |
| | | | **804 Ridge View Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Leander**     **TX**     **78641** |

Debtor  **Metropolitan Water Company, L.P.**                    Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.354** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Vasquez, Estella M., by her Agent,
Juan Nogueron M.
1612 Roberson

State the term remaining

List the contract number of any government contract

Bryan                    TX        77803

**2.355** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Vega, Valentin Juarez, Jr.
2307 Woodville Road

State the term remaining

List the contract number of any government contract

Bryan                    TX        77803

**2.356** State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Villarreal, Rafael, Jr.,
Successor in interest to Pedro Sanchez-M
1206 West 26th

State the term remaining

List the contract number of any government contract

Bryan                    TX        77803

**2.357** State what the contract or lease is for and the nature of the debtor's interest

**Cooperation and Non-Disturbance Agreement dated June 22, 2018**

Vista Ridge, LLC
Attn: Scott Parrish
1333 NW Vivion Road

State the term remaining

List the contract number of any government contract

Kansas City              MO        64118

**2.358** State what the contract or lease is for and the nature of the debtor's interest

**Five [5] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

Voss, Joyce Marie
586 County Road 310

State the term remaining

List the contract number of any government contract

Rockdale                 TX        76567

Debtor  **Metropolitan Water Company, L.P.**     Case number (if known)  **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.359** State what the contract or lease is for and the nature of the debtor's interest

**Eight [8] groundwater leases, six in Milam County and two in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Vowell, Harry**
**P.O. Box 81**

**Contract to be ASSUMED**

**Milano**    **TX**    **76556**

State the term remaining

List the contract number of any government contract

**2.360** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail.**
**Contract to be ASSUMED**

**Vowell, Harry,**
**d/b/a S & V Operating Company**
**P.O. Box 2505**

State the term remaining

List the contract number of any government contract

**Longview**    **TX**    **75606**

**2.361** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**

**Wade, Vlasta**
**15102 Redbud Leaf Lane**

**Contract to be ASSUMED**

State the term remaining

**Cypress**    **TX**    **77433**

List the contract number of any government contract

**2.362** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Milam County, Texas. See Exhibit A to Schedule A/B for detail.**
**Contract to be ASSUMED**

**Waldrum, Michael and Penny Gail**
**30819 Old Hockley Road**

State the term remaining

List the contract number of any government contract

**Magnolia**    **TX**    **77355**

**2.363** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail.**
**Contract to be ASSUMED**

**Walker, Minnie Ann,**
**successor in interest to Morris Walker**
**400 North Haswell**

State the term remaining

List the contract number of any government contract

**Bryan**    **TX**    **77803**

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.364**

State what the contract or lease is for and the nature of the debtor's interest

**Three [3] groundwater leases in Milam County, Texas. See Exhibit A to Schedule A/B for detail.**

**Walko, Tony and Barbara Jean**

**4872 County Road 448**

**Contract to be ASSUMED**

State the term remaining

**Thorndale                TX        76577**

List the contract number of any government contract

**2.365**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Wallace, Bennie T.**

**P.O. Box 792**

State the term remaining

List the contract number of any government contract

**Caldwell                TX        77836**

**2.366**

State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Warren, Ronald Lee**

**340 Cedar Canyon Road**

State the term remaining

List the contract number of any government contract

**Crawford                TX        76638**

**2.367**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Weiman, Ervin H.**

**10251 Dilly Shaw Tap Road**

State the term remaining

List the contract number of any government contract

**Bryan                TX        77808**

**2.368**

State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Weiman, Gary**

**2518 Clarks Lane**

State the term remaining

List the contract number of any government contract

**Bryan                TX        77808**

Debtor    **Metropolitan Water Company, L.P.**                          Case number (if known)   **21-10903**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | Four [4] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Weiman, Marvin, Jr. |
|---|---|---|---|
| | | | P.O. Box 2419 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Fulton             TX      78358 |

| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Weiman, Ronald |
|---|---|---|---|
| | | | 3534 North FM 2038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Bryan             TX      77808 |

| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | White, Carol J. |
|---|---|---|---|
| | | | 1646 FM 908 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Caldwell             TX      77836 |

| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | Forty-four [44] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED | Wiggins, Weaver Wayne, Indep. Admin. |
|---|---|---|---|
| | | | for the Estates of Russell Ferguson Wigg |
| | | | and Phyllis Flo Wiggins, both Deceased |
| | | | 139 Golfview Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Montgomery             TX      77356 |

| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. | Williams, Stephen Chris |
|---|---|---|---|
| | | | 4872 County Road 448 |
| | | Contract to be ASSUMED | Thorndale             TX      76577 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.374** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Wilson, Andrew and Karin**
**3360 Briana Drive, Lot 21**

State the term remaining

List the contract number of any government contract

**Belton** TX 76513

**2.375** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Winnett, Hortense D.**
**208 San Benito Drive**

State the term remaining

List the contract number of any government contract

**Robinson** TX 76706

**2.376** State what the contract or lease is for and the nature of the debtor's interest

**Two [2] groundwater leases in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Woodworth, Mancel**
**1509 Falcon Oaks**

State the term remaining

List the contract number of any government contract

**Leander** TX 78641

**2.377** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Yakesch, Garland**
**11450 FM 2268 Spur**

State the term remaining

List the contract number of any government contract

**Holland** TX 76534

**2.378** State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Zappas, Charlotte Ward**
**6587 Magnolia Trail**

State the term remaining

List the contract number of any government contract

**Conroe** TX 77306

Debtor    **Metropolitan Water Company, L.P.**                    Case number (if known)  **21-10903**

### ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.379    State what the contract or lease is for and the nature of the debtor's interest

**Groundwater lease in Burleson County, Texas. See Exhibit A to Schedule A/B for detail. Contract to be ASSUMED**

**Zarosky, Jeanette,**

**successor in interest to Cyril Zarosky**

**607 E Railroad Street**

State the term remaining

List the contract number of any government contract

**Franklin**      **TX**      **77856**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  **Metropolitan Water Company, L.P.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known)  **21-10903**

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Met Water Vista Ridge, L.P.** | **105 East Main St Ste 103** <br> Number   Street <br><br> **Brenham**   **TX**   **77833** <br> City   State   ZIP Code | **Blue Water Vista Ridge, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 **Met Water Vista Ridge, L.P.** | **P.O. Drawer 1146** <br> Number   Street <br><br> **Brenham**   **TX**   **77834-1146** <br> City   State   ZIP Code | **Blue Water Systems, LP** | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.3 **Met Water Vista Ridge, L.P.** | **P.O. Drawer 1146** <br> Number   Street <br><br> **Brenham**   **TX**   **77834-1146** <br> City   State   ZIP Code | **Blue Water 130 Project, LP** | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.4 **Met Water Vista Ridge, L.P.** | **P.O. Drawer 1146** <br> Number   Street <br><br> **Brenham**   **TX**   **77834-1146** <br> City   State   ZIP Code | **Blue Water Regional Supply Project, LP** | ☐ D <br> ☐ E/F <br> ☑ G |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.5 **Met Water Vista Ridge, L.P.** | **P.O. Drawer 1146**<br>Number    Street<br><br>**Brenham**          **TX**   **77834-1146**<br>City                State  ZIP Code | **Blue Water Vista Ridge, LLC** | ☐ D<br>☐ E/F<br>☑ G |
| 2.6 **Met Water Vista Ridge, L.P.** | **P.O. Drawer 1146**<br>Number    Street<br><br>**Brenham**          **TX**   **77834-1146**<br>City                State  ZIP Code | **Blue Water Systems, LP** | ☐ D<br>☐ E/F<br>☑ G |
| 2.7 **Met Water Vista Ridge, L.P.** | **P.O. Drawer 1146**<br>Number    Street<br><br>**Brenham**          **TX**   **77834-1146**<br>City                State  ZIP Code | **Blue Water Systems, LP** | ☐ D<br>☐ E/F<br>☑ G |
| 2.8 **Met Water Vista Ridge, L.P.** | **P.O. Drawer 1146**<br>Number    Street<br><br>**Brenham**          **TX**   **77834-1146**<br>City                State  ZIP Code | **Blue Water Regional Supply Project, LP** | ☐ D<br>☐ E/F<br>☑ G |
| 2.9 **Met Water Vista Ridge, L.P.** | **P.O. Drawer 1146**<br>Number    Street<br><br>**Brenham**          **TX**   **77834-1146**<br>City                State  ZIP Code | **Blue Water Vista Ridge, LP** | ☐ D<br>☐ E/F<br>☑ G |
| 2.10 **W. Scott Carlson** | **P.O. Drawer 1146**<br>Number    Street<br>**Brenham, TX 77833-**<br><br>City                State  ZIP Code | **D&B Endeavors, LLC** | ☐ D<br>☐ E/F<br>☑ G |

**Fill in this information to identify the case:**

Debtor Name  **Metropolitan Water Company, L.P.**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known):  **21-10903**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................................................... | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................................. | **$233,250.10**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................................... | **$233,250.10**

## Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................. | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... | **+ $1,690,045.99**

4. **Total liabilities**
   Lines 2 + 3a + 3b.......................................................................................................... | **$1,690,045.99**

**Fill in this information to identify the case and this filing:**

Debtor Name  **Metropolitan Water Company, L.P.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  **21-10903**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/06/2021**          X **/s/ W. Scott Carlson**
                MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              **W. Scott Carlson**
                              Printed name

                              **Managing Member of General Partner**
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Metropolitan Water Company, L.P.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number __**21-10903**__
(if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2021** to Filing date MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$866,300.18** |
| For prior year: | From **01/01/2020** to **12/31/2020** MM / DD / YYYY  MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$1,268,402.00** |
| For the year before that: | From **01/01/2019** to **12/31/2019** MM / DD / YYYY  MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$5,748,690.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **D&B Endeavor, LLC** Creditor's name **c/o Brandi Conway** Street **4740 Mustang Rd.** __**Brenham**__ ____ __**TX**__ __**77833**__ City  State  ZIP Code | **Approx. 1st of each month, September, October and November, 2021** | **$7,961.76** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Office rent** |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|
| | Name | | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Metropolitan Water Company of Texas, LLC** | **See Exhibit 1** | **$437,227.29** | **See Exhibit 1** |
|  | Insider's name | | | |
|  | **P.O. Drawer 1146** | | | |
|  | Street | | | |
|  | | | | |
|  | **Brenham**　　**TX**　　**77834-1146** | | | |
|  | City　　　　State　　ZIP Code | | | |
|  | Relationship to debtor | | | |
|  | **General Partner** | | | |

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | **W. Scott Carlson** | **Various** | **$90,000.00** | **Pass-through of management fee received by General Partner from Debtor. See Exhibit 1 for those payments.** |
|  | Insider's name | | | |
|  | **P.O. Drawer 1146** | | | |
|  | Street | | | |
|  | | | | |
|  | **Brenham**　　**TX**　　**77834-1146** | | | |
|  | City　　　　State　　ZIP Code | | | |
|  | Relationship to debtor | | | |
|  | **Managing member of General Partner** | | | |

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.3. | **W. Scott Carlson** | **Various** | **$30,000.00** | **Estimated amount transferred from General Partner to W. Scott Carlson from what General Partner received from Debtor** |
|  | Insider's name | | | |
|  | **P.O. Drawer 1146** | | | |
|  | Street | | | |
|  | | | | |
|  | **Brenham**　　**TX**　　**77834-1146** | | | |
|  | City　　　　State　　ZIP Code | | | |
|  | Relationship to debtor | | | |
|  | **Managing member of General Partner** | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|
| | Name | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Blue Water Systems, LP, and Blue Water Vista Ridge, LLC v. Metropolitan Water Company, LP and Met Water Vist Ridge, LP, vs. Wilmington Trust, N.A., as Trustee, et al.**<br>Case number<br>**37,412** | **Breach-of-contract, tort, and declaratory-judgment claims, related to the Post-Closing Agreement (May 11, 2016)** | **21st Dist Ct, Washington County Texa**<br>Name<br>**Washington County Courthouse**<br>Street<br>**100 E Main Street**<br><br>**Brenham           TX     77833**<br>City                State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Metropolitan Water Company, L.P., and Metropolitan Water Vista Ridge, L.P., v. Blue Water Systems, LP, and Blue Water Vista Ridge, LLC, and Blue Water 130 Project, LP**<br>Case number<br>**D-1-GN-18-001582** | **Breach-of-contract, tort, and declaratory-judgment claims, related to the Groundwater Resources Marketing Agreement (Sept. 11, 2006), the Partial Assignment of Groundwater Leases (Feb. 14, 2008), and the Post-Closing Agreement (May 11, 2016)** | **261st Dist Court, Travis County Texas**<br>Name<br>**1000 Guadalupe Street**<br>Street<br>**P.O. Box 1748**<br><br>**Austin            TX     78767**<br>City                State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Metropolitan Water Company, L.P., and Metropolitan Water Vista Ridge, L.P., v. Blue Water Systems, LP, Blue Water 130 Project, LP, and Blue Water Vista Ridge, LLC**<br>Case number<br>**D-1-GN-20-003381** | **Breach-of-contract, tort, and declaratory-judgment claims, related to the Post-Closing Agreement (May 11, 2016)** | **201st Dist Court, Travis County Texas**<br>Name<br>**1000 Guadalupe Street**<br>Street<br>**P.O. Box 1748**<br><br>**Austin            TX     78767**<br>City                State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Metropolitan Water Company, LP v. Nathan Ausley**<br><br>Case number<br>**20-0099** | **Breach of contract regarding a groundwater lease. Requested relief included termination of the lease.** | **Supreme Court of Texas**<br>Name<br>**201 W. 14th Street, Room 104**<br>Street<br>**PO Box 12248**<br><br>**Austin            TX     78711**<br>City                State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Debtor | Metropolitan Water Company, L.P. | Case number (if known) | 21-10903 |
|---|---|---|---|
| | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Metropolitan Water Company, L.P., v. Blue Water Systems, LP, and Blue Water Vista Ridge, LLC** | **Appeal of the trial court granting a temporary injunction, in cause number 37412 pending in the 21st District Court of Washington County** | **Fourteenth Court of Appeals**<br>Name<br>**301 Fannin, Room 245**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**14-20-00524-CV** | | **Houston          TX     77002**<br>City                        State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Metropolitan Water Company, L.P., v. Blue Water Systems, LP, and Blue Water Vista Ridge, LLC** | **Appeal of the trial court granting an anti-suit injunction, in cause number 37412 pending in the 21st District Court of Washington County** | **Fourteenth Court of Appeals**<br>Name<br>**301 Fannin, Room 245**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**14-21-00403-CV** | | **Houston          TX     77002**<br>City                        State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **Fox River Real Estate Holdings, Inc., et al. v. W. Scott Carlson, Metropolitan Water Company, of Texas, L.L.C., and Metropolitan Water Vista Ridge** | **Derivative breach-of-fiduciary-duty claims asserted by limited partners of Metropolitan Water Company, L.P. against the general partner, president of the general partner, and a third party** | **215th Dist Court of Harris County, Tex**<br>Name<br>**201 Caroline, Suite 420**<br>Street<br>**P.O. Box 4651** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**201851519** | | **Houston          TX     77210-4651**<br>City                        State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **H&V Holdings, Ltd., et al. v. Metropolitan Water Company, L.P., Metropolitan Water Company of Texas, LLC, and W. Scott Carlson** | **Breach-of-contract and tort claims related to a letter agreement to invest in groundwater projects** | **21st Dist Court of Burleson County Te**<br>Name<br>**Caldwell County Courthouse**<br>Street<br>**205 E. Fox, Suite 2002** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**29,386** | | **Caldwell          TX     77836**<br>City                        State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **Metropolitan Water Company, L.P., v. Blue Water Vista Ridge, LLC, and Wilmington Trust, N.A., as Trustee for the Burleson/Milam Master Lease Trust, v. Keller Shoreline Investments, Ltd., and Paul W. Keller** | **Breach-of-contract, tort, and declaratory-judgment claims, related to the Post-Closing Agreement (May 11, 2016)** | **126th Dist Court of Travis County, Tex**<br>Name<br>**1000 Guadalupe Street**<br>Street<br>**P.O. Box 1748** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**D-1-GN-21-001598** | | **Austin          TX     78767**<br>City                        State   ZIP Code | |

| Debtor | **Metropolitan Water Company, L.P.** | | Case number (if known) | **21-10903** |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | **Metropolitan Water Company, L.P., v. Blue Water Vista Ridge, LLC, and Wilmington Trust, N.A., as Trustee for the Burleson/Milam Master Lease Trust** | **Appeal of the trial court denying a request for a temporary injunction, in cause number D-1-GN-21-001598 (see above), pending in the 126th District Court of Travis County** | **Third Court of Appeals** <br> Name <br> **Price Daniel Sr. Building** <br> Street <br> **209 West 14th Street, Room 101** <br><br> **Austin**    **TX**    **78701** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **03-21-00206-CV** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11. | **David J. Weber, Wallace J. Luke, III, and Steven J. Hubbell v. Metropolitan Water Company, L.P., Metropolitan Water Company of Texas, LLC, and W. Scott Carlson** | **Breach-of-contract and tort claims related to letter agreements to invest in groundwater projects** | **335th Dist Court, Burleson County, Te** <br> Name <br> **Caldwell County Courthouse** <br> Street <br> **205 E. Fox, Suite 2002** <br><br> **Caldwell**    **TX**    **77836** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **30,393** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.12. | **Blue Water Vista Ridge, LLC, v. Vista Ridge, LLC, v. Metropolitan Water Company, L.P.** | **Declaratory-judgment and breach-of-contract claims, related to the Post-Closing Agreement (May 11, 2016) and the Cooperation and Non-Disturbance Agreement (June 22, 2018)** | **250th Dist Court of Travis County, Tex** <br> Name <br> **1000 Guadalupe Street** <br> Street <br> **P.O. Box 1748** <br><br> **Austin**    **TX**    **78767** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **D-1-GN-20-006113** | | | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **Metropolitan Water Company, L.P.** | | Case number (if known) | **21-10903** |
|---|---|---|---|---|
| | Name | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **B. Weldon Ponder, Jr., Attorney**<br><br>Address<br><br>**Spicewood Professional Offices**<br>Street<br>**4408 Spicewood Springs Road**<br><br>**Austin**  **TX**  **78759**<br>City  State  ZIP Code<br><br>Email or website address<br>**welpon@austin.rr.com**<br><br>Who made the payment, if not debtor?<br>**Debtor's General Partner** | **The General Partner in the Debtor, Metropolitan Water Company of Texas, L.L.C., advanced the retainer to Debtor's counsel, with its Check No. 4156, dated 11-16-2021 and delivered to the attorney on 11-17-2021.  The retainer includes funds used to pay the filing fee for this case and the filing fee for the jointly adminstered case for Met Water Vista Ridge, L.P. (Case No. 21-10904).  The payment was intended as a retainer for both cases.** | **November 17, 2021** | **$17,500.00** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|
| | Name | | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained
**Social Security Numbers of lessors on groundwater leases are collected and retained for purposes of required federal income tax reporting.  It is the policy of the Debtor and the General Partner to not release this information to anyone other than the Internal Revenue Service but this policy is not formally published.**

Does the debtor have a privacy policy about that information?
☐ No.
☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Citizens State Bank** | **Susan Carlson, employee** | **Backup hard drive for company computer** | ☐ No |
| Name | **Melissa Walker, employee** | | ☑ Yes |
| **2007 South Day Street** | **Address** | | |
| Street | **c/o Metropolitan Water Company, L.P.** | | |
| | **P.O. Drawer 1146** | | |
| **Brenham      TX    77833** | **Brenham, TX 77834-1146** | | |
| City            State  ZIP Code | | | |

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|
| | Name | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|
| | Name | | |

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | | **Dates of service** |
|---|---|---|
| 26a.1. | **Jeffrey L. Miller** | From **2000 or 2001**  To **Present** |
| | Name | |
| | **Faske Lay & Co., L.L.P.** | |
| | Street | |
| | **3508 Far West Blvd, Suite 300** | |
| | **Austin**           **TX**       **78731-3041** | |
| | City               State      ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Metropolitan Water Company of** | **P. O. Drawer 1146**<br>**Brenham, TX 77834-1146** | **General Partner in the Debtor** | |
| **W. Scott Carlson** | **P. O. Drawer 1146**<br>**Brenham, TX 77834-1146** | **Managing Member of the General Partner in the Debtor / Person in control** | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|
| | Name | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Metropolitan Water Company of Texa**<br>Name<br>**P.O. Drawer 1146**<br>Street<br><br>**Brenham          TX     7834-1146**<br>City          State   ZIP Code<br><br>Relationship to debtor<br>**General Partner** | **Payments or inter-company acct credits** | **See answer to SOFA # 4 (Exhibit 1).** | **Various - See Exhibit 1** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **W. Scott Carlson**<br>Name<br>**P.O. Drawer 1146**<br>Street<br><br>**Brenham          TX     77834-1146**<br>City          State   ZIP Code<br><br>Relationship to debtor<br>**Managing member of General Partne** | **See answer to # 4**<br>**$120,000.00** | **See answer to SOFA # 4** | **See answer to # 4** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Debtor | **Metropolitan Water Company, L.P.** | Case number (if known) | **21-10903** |
|---|---|---|---|
| | Name | | |

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/06/2021**
MM / DD / YYYY

**X** **/s/ W. Scott Carlson**                                        Printed name  **W. Scott Carlson**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Managing Member of General Partner**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re  **Metropolitan Water Company, L.P.**

Case No.  **21-10903**

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................. | **$17,500.00** |
| Prior to the filing of this statement I have received....................................................... | **$17,500.00** |
| Balance Due................................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:

☐ Debtor      ☒ Other (specify)
**Metropolitan Water Company of Texas, L.L.C.**

3. The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid">

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/06/2021** | **/s/ B. Weldon Ponder, Jr.** | |
| *Date* | *B. Weldon Ponder, Jr.* | Bar No.  16110400 |
| | B. Weldon Ponder, Jr., Attorney at Law | |
| | 4408 Spicewood Springs Road | |
| | Austin, TX 78759 | |
| | Phone: (512) 342-8222 / Fax: (512) 342-8444 | |

</div>

**/s/ W. Scott Carlson**

*W. Scott Carlson*
*Managing Member of General Partner*